UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>REQUEST FOR ORAL ARGUMENT |

## **PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

Plaintiffs Maria L. and Nancy M. (collectively, the "Individual Plaintiffs") and Plaintiff Immigrant Legal Resource Center ("ILRC"), move the Court pursuant to 5 U.S.C. § 705 to stay the Interim Final Rule published as *Imposition and Collection of Civil Penalties for Certain Immigration-Related Violations*, 90 Fed. Reg. 27,439 (June 27, 2025) (the "IFR"), Defendants' unlawful policy or practice of imposing those fines without individualized consideration of the willfulness or voluntariness of a fine recipient's conduct (the "Blanket Fine Policy"), and all fines issued under the Blanket Fine Policy and the IFR. The Court should grant this relief as necessary "to preserve status or rights pending conclusion of the review proceedings." 5 U.S.C. § 705. Alternatively, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Individual Plaintiffs request preliminary injunctive relief on behalf of themselves and a class of similarly situated individuals enjoining enforcement of fine notices under 8 U.S.C. § 1324d and declaring unlawful enforcement of all fine notices issued pursuant to Defendants' unlawful policies or practices.

1

In support of the motion, Plaintiffs submit the Declaration of Plaintiff Maria L., the Declaration of Plaintiff Nancy M.,[1] the Declaration of Alison Kamhi, the Declaration of Ian Head, and a Memorandum of Law.

Additionally, to the extent the Court entertains relief under Rule 65, Plaintiffs respectfully request that the Court waive Rule 65(c)'s security provision. *Crowley v. Local No. 82, Furniture & Piano Moving*, 679 F.2d 978, 1000 (1st Cir. 1982), *rev'd on other grounds*, 467 U.S. 526 (1984).

Plaintiffs' counsel respectfully requests oral argument on the motion, pursuant to Rule 7.1(d) of the Local Rules of the U.S. District Court for the District of Massachusetts.

For the reasons stated in the Memorandum of Law accompanying this motion, the Court should grant the Motion.

Dated: December 9, 2025

Respectfully submitted,

*/s Charles Moore*
Charles Moore (BBO No. 708061)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net

---

[1] Redacted versions of the declarations of the Individual Plaintiffs have been provided as exhibits to this motion. Unredacted copies of the declarations with the Individual Plaintiffs' true and correct signatures will be furnished to the Court *ex parte*. Plaintiffs are filing an appropriate motion to seal contemporaneously with this motion.

<div style="column-count:2">

Hasan Shafiqullah[*]
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Richard Caldarone[*]
Refugee and Immigrant Center for Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

David Bennion[*]
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath Sudarshan[*]
Stephen Rees[*]
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Addison Thompson[*]
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

Mariam Elbakr[*]
Shelby Leighton[*]
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
melbakr@publicjustice.net
sleighton@publicjustice.net

Alina Das[*]
Ajay Singh[†]
Ximena Valdarrago[†]
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu
as11021@nyu.edu
xfv201@nyu.edu

Leila Nasrolahi[**]
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

[*] admitted pro hac vice
[†] law student rendering assistance pursuant to Local Rule 83.5.4(k)

</div>

3

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I hereby certify that on December 3, 2025, counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow or resolve the relief requested by this motion. Counsel for Defendants opposes this motion.

*/s Charles Moore*
Charles Moore

**CERTIFICATE OF SERVICE**

I certify that, on December 9, 2025, I caused the aforementioned document to be served via email on counsel for Defendants, who has consented to e-service of these filings, at the following email address: Alexander.J.Severance@usdoj.gov.

*/s Charles Moore*
Charles Moore