UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

## **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Maria L. and Nancy M. hereby respectfully move for an order certifying a class and two subclasses pursuant to Rule 23(a) and Rule 23(b)(2) of the Federal Rules of Civil Procedure, appointing them as class and subclass representatives and their counsel as class counsel. As grounds, Plaintiffs refer to the memorandum of law, declarations, and exhibits accompanying this motion. Specifically, Plaintiffs move for an order certifying the following class and subclasses:

Class: All individuals subjected to a civil monetary penalty imposed pursuant to 8 U.S.C. Sections 1229c or 1324d on or after January 20, 2025.

Subclass 1: Any individual subjected to a civil monetary penalty imposed pursuant to 8 U.S.C. § 1324d on or after January 20, 2025 (the "1324d Subclass").

Subclass 2: Any individual subjected to a civil monetary penalty imposed pursuant to 8 U.S.C. § 1229c or § 1324d on or after June 27, 2025 (the "Post-IFR Subclass").

Plaintiffs further request this Court to order Defendants to identify and give notice, immediately upon the Court's order on this motion, to all class members, including both class members who have been subjected to a civil monetary penalty pursuant to 8 U.S.C. Sections 1229c or 1324d since January 20, 2025 and class members who are subjected to a civil monetary penalty pursuant to 8 U.S.C. § 1229c or § 1324d in the future. Plaintiffs request this Court to order the

form of notice to include, at a minimum: (1) the nature of the action; (2) the definition of the certified class; and (3) the class claims and issues.

To facilitate notice, Plaintiffs request that Defendants be ordered to maintain, on an ongoing basis and until further order from this Court, records sufficient to allow for adequate and effective notice to all class members.

Dated: December 9, 2025    Respectfully submitted,

<u>/s Charles Moore</u>
Charles Moore (BBO No. 708061)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net

<div style="columns:2">

Hasan Shafiqullah[*]
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Richard Caldarone[*]
Refugee and Immigrant Center for Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

David Bennion[*]
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath Sudarshan[*]
Stephen Rees[*]
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Addison Thompson[*]
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

Mariam Elbakr[*]
Shelby Leighton[*]
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
melbakr@publicjustice.net
sleighton@publicjustice.net

Alina Das[*]
Ajay Singh[†]
Ximena Valdarrago[†]
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu
as11021@nyu.edu
xfv201@nyu.edu

Leila Nasrolahi[**]
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

</div>

*Counsel for Plaintiffs*

[*] admitted pro hac vice
[†] law student rendering assistance pursuant to Local Rule 83.5.4(k)

3

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE

I hereby certify that on December 3, 2025, counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow or resolve the relief requested by this motion. Counsel for Defendants opposes this motion.

<div style="text-align: right;">

*/s Charles Moore*
Charles Moore

</div>

## CERTIFICATE OF SERVICE

I certify that, on December 9, 2025, I caused the aforementioned document to be served via email on counsel for Defendants, who has consented to e-service of these filings, at the following email address: Alexander.J.Severance@usdoj.gov.

<div style="text-align: right;">

*/s Charles Moore*
Charles Moore

</div>