UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*  *Plaintiffs*,  v.  KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*  *Defendants*. | Case No. 1:25-cv-13471-GAO  Hon. George A. O'Toole |

## JOINT MOTION FOR BRIEFING SCHEDULE

Counsel for Plaintiffs and Defendants jointly request that the Court enter the following briefing schedule for Plaintiffs' Motion to Stay Agency Action, ECF No. 19, and Plaintiffs' Motion for Class Certification, ECF No. 21, submitted December 9, 2025 (collectively, the "Motions"):

1. Defendants' responses to the Motions shall be due January 6, 2026; and

2. Plaintiffs' reply briefs in further support of the Motions, each not to exceed fifteen pages, shall be due January 16, 2026.

If the Court grants oral argument, the parties respectfully request that such argument be scheduled for January 21st, 22nd, or 23rd.

The parties jointly submit that the interests of judicial economy and efficient adjudication of the Motions establish good cause for this request. By joining this request, Plaintiffs do not waive any argument regarding the imminence and irreparable nature of their injuries.

| | |
|---|---|
| Dated: December 11, 2025 | Respectfully submitted, |
| | */s Charles Moore* |
| BRETT A. SHUMATE | Charles Moore (BBO No. 708061) |
| Assistant Attorney General | Public Justice |
| Civil Division | 1620 L Street NW, Suite 630 |
| | Washington, DC 20036 |
| BRAD P. ROSENBERG | (202) 861-5226 |
| Special Counsel | cmoore@publicjustice.net |
| */s Alexander J. Severance* | *Counsel for Plaintiffs* |
| Alexander J. Severance | |
| Trial Attorney | |
| United States Department of Justice | |
| Civil Division, Federal Programs Branch | |
| 1100 L Street, NW, Rm. 11214 | |
| Washington, DC 20005 | |
| Telephone: (202) 598-3123 | |
| E-mail: Alexander.J.Severance@usdoj.gov | |

## CERTIFICATE OF SERVICE

I certify that, on December 11, 2025, I caused the aforementioned document to be served via email on counsel for Defendants, who has consented to e-service of this filing, at the following email address: Alexander.J.Severance@usdoj.gov.

*/s Charles Moore*
Charles Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for briefing schedule, it is hereby ORDERED, that the motion is GRANTED; it is further ORDERED that the Court enters the following schedule:

1. Defendants' responses to Plaintiffs' Motion to Stay Agency Action, ECF No. 19, and Plaintiffs' Motion for Class Certification, ECF No. 21, (collectively, the "Motions") shall be due January 6, 2025; and

2. Plaintiffs' reply briefs in further support of the Motions, each not to exceed fifteen pages, shall be due January 16, 2025.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                                             The Honorable George A. O'Toole
                                                                             United States District Judge