UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.* <br><br> *Defendants*. | Case No. 1:25-cv-13471-GAO <br><br> Hon. George A. O'Toole |

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs Maria L. and Nancy M. (collectively, the "Plaintiffs") move the Court to enter a protective order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, prohibiting the disclosure of Plaintiffs' names and other identifying information to Defendants and third parties. Good cause exists for such an order: Plaintiffs reasonably fear retaliatory detention and deportation if this information is made public or disclosed to Defendants. Fed. R. Civ. P. 26(c); *see* ECF Nos. 4, 5. Accordingly, for the reasons stated in the memorandum of law supporting Plaintiffs' prior Motion to Proceed Under Pseudonyms, ECF No. 5, the Court should facilitate the exchange of information among the parties by entering Plaintiffs' proposed protective order.

In support of the motion, Plaintiffs state as follows:

1. Plaintiffs initiated the instant action on November 20, 2025. ECF No. 1.

2. On November 24, 2025, Plaintiffs filed a motion to proceed under pseudonyms and for entry of an order deeming their real names and other identifying information as highly confidential information subject to an "Attorneys' Eyes Only" designation. ECF No. 4.

3. Defendants did not file an opposition to that motion.

4.      On December 9, 2025, Plaintiffs filed a motion for class certification and motion for stay of agency action. ECF Nos. 19, 21. In support of those motions, Plaintiffs filed redacted declarations on the public docket and submitted unredacted versions of those declarations to the Court *ex parte*, along with a motion to seal the declarations. ECF No. 23.

5.      Defendants did not file an opposition to the motion to seal.

6.      Plaintiffs' counsel provided Defendants' counsel with a copy of the proposed order on December 11, 2025.

7.      To date, Defendants have not provided their position on the proposed protective order. Nor have Defendants requested that Plaintiffs disclose the real names and other identifying information that would be subject to the protective order.

8.      Plaintiffs will provide Defendants with Plaintiffs' real names and other identifying information (including providing unredacted versions of the Plaintiffs' declarations previously submitted to the Court *ex parte*, ECF No. 23), as soon as this protective order is entered.

9.      To facilitate the exchange of information, and for the reasons stated in Plaintiffs' prior submissions to the Court, *see* ECF No. 5, uncontested by Defendants, Plaintiffs respectfully request the Court enter Plaintiffs' proposed protective order submitted herewith.

Dated: December 26, 2025                    Respectfully submitted,

*/s Charles Moore*
Charles Moore (BBO No. 708061)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net

*Counsel for Plaintiffs*

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE

Below signed counsel conferred with counsel for Defendants regarding the relief requested herein via email on December 11, 16, 18, and 26, 2025, and via telephone on December 23, 2025. The parties were unable to resolve or narrow the issues.

*/s Charles Moore*
Charles Moore

## CERTIFICATE OF SERVICE

I certify that, on December 26, 2025, I caused the aforementioned document to be served via email on all counsel of record through the CM/ECF system.

*/s Charles Moore*
Charles Moore