UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.* <br><br> *Defendants*. | Case No. 1:25-cv-13471-GAO <br><br> Hon. George A. O'Toole |

**[PROPOSED] PROTECTIVE ORDER REGARDING
PLAINTIFF IDENTITIES**

1. <u>Purposes</u>. This Order is intended to protect the true identities of Plaintiffs Maria L. and Nancy M., who are proceeding in this action pseudonymously, by restricting disclosure of their names and other identifying information to Defendants and third parties. Plaintiffs reasonably fear retaliatory detention and deportation if their personal identifying information ("PII"), and other identifying information, is not treated as Highly Confidential Information.

2. <u>Highly Confidential Information</u>. Plaintiffs' PII and all information that may be used to identify Plaintiffs shall be considered Highly Confidential Information, including but not limited to the following:

    (a) Plaintiffs' true names;

    (b) Plaintiffs' date of birth and/or age;

    (c) Plaintiffs' address and general geographic location;

    (d) Plaintiffs' country of origin;

    (e) Plaintiffs' Alien Registration Number;

    (f) The month and day of Plaintiffs' removal orders;

    (g) The amount of Plaintiffs' fine, the dates of fine notices, dates of

1

service, and all other information contained in notices that could be used to identify Plaintiffs;

(h) The penalty tracking numbers related to Plaintiffs' civil penalties and fine notice;

(i) The specific immigration relief sought by Plaintiffs and all other details concerning their immigration histories; and

(j) Any other PII or information that may be used to identify Plaintiffs' true identities.

3. <u>Disclosure of Highly Confidential Material</u>. Within 7 days of entry of this Order, counsel for Plaintiffs shall disclose all information in paragraph 2 to counsel for Defendants. Plaintiffs will also provide unredacted copies of any materials that have been submitted to this Court *ex parte*, and those documents will be considered Highly Confidential Material, containing Highly Confidential Information, subject to the terms of this Order.

4. <u>Protection of Highly Confidential Material.</u> Counsel for Defendants shall not disclose or permit the disclosure of any Highly Confidential Information contained in any Highly Confidential Material or otherwise to any Defendant or third person or entity except as set forth in subparagraphs (a)-(c) below. Subject to these requirements, the following categories of persons may be allowed to review Highly Confidential Information:

(a) Counsel for Defendants (and agents of such counsel) who have responsibility for this litigation (Case No. 1:25-cv-13471 (D. Mass.));

(b) The Court and its personnel;

(c) Other persons only by prior written consent of Plaintiffs or upon order of the Court and on such conditions as may be agreed or ordered.

Any individual identified under subsection (c) shall be bound by the terms of this protective order and shall sign the attached **Exhibit A** agreeing to be so bound. For the avoidance of doubt, in no event may the information disclosed to any individual be used for purposes of immigration enforcement—*i.e.*, detention and/or deportation—against Plaintiffs.

3

5.      <u>Obligations on Conclusion of Litigation</u>. Unless otherwise agreed or ordered, this Order shall remain in force after dismissal or entry of final judgment not subject to further appeal.

6.      <u>Order Subject to Modification</u>.  This Order shall be subject to modification by the Court on its own initiative or on motion of a party or any other person with standing concerning the subject matter.

7.      <u>Persons Bound</u>. This Order shall take effect when entered and shall be binding upon all counsel of record for Defendants and persons made subject to this Order by its terms.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                 The Honorable George A. O'Toole
                                                 United States District Judge

EXHIBIT A
ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

     I, [           ], of [          ], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the District of Massachusetts in the case of *Maria L. et al. v. Noem et al.*, Case No. 1:25-cv-13471-GAO.

     I agree to comply with and to be bound by all the terms of this Stipulated Protective Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

     I further agree to submit to the jurisdiction of the United States District Court for the District of Massachusetts for the purpose of enforcing the terms of this Stipulated Protective Order.

Date: _____

Printed Name: _____

Signature: _____