UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.* <br><br> *Defendants*. | Case No. 1:25-cv-13471-GAO <br><br> Hon. George A. O'Toole <br><br> EXPEDITED DISPOSITION REQUESTED |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF DETENTION AND DEPORTATION OF PLAINTIFFS MARIA L. AND NANCY M. PURSUANT TO 8 U.S.C. § 705 AND THE ALL WRITS ACT**

Plaintiffs Maria L. and Nancy M. (collectively, "Plaintiffs") respectfully move the Court under Fed. R. Civ. P. 65, the Administrative Procedure Act, the All Writs Act, and the Court's inherent authority to maintain the integrity of this proceeding, to temporarily stay their detention for immigration-related reasons or removal for fourteen days pursuant to Fed. R. Civ. P. 65(b) and, after a hearing on this motion, to stay their detention for immigration-related reasons or removal during the pendency of this proceeding. Such a stay would maintain the status quo, prevent Plaintiffs from suffering irreparable harm—including the irreparable harm of detention and deportation, as well as Plaintiffs' reduced ability to meaningfully participate in this action if they are detained and/or removed—and protect the Court's ability to adjudicate this controversy. In support of this motion, Plaintiffs submit the Declaration of Charles Moore and a Memorandum of Law.[1]

---

[1] A redacted version of the declaration of Charles Moore has been provided in support of this motion. An unredacted copy of the declaration will be furnished to the Court *ex parte*. Plaintiffs are filing an appropriate motion to seal contemporaneously with this motion.

1

This motion is brought only on behalf of Plaintiffs Maria L. and Nancy M. Plaintiff Immigrant Legal Resource Center does not join this motion.

On January 7, 2026, Plaintiffs' counsel gave notice of the temporary restraining order application to Defendants via electronic filing, and Defendants' counsel was served via electronic filing.

Dated: January 7, 2026

Hasan Shafiqullah[*]
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Richard Caldarone[*]
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

David Bennion[*]
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath T. Sudarshan[*]
Stephen Rees[*]
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Addison Thompson[*]
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Charles Moore
Charles Moore (BBO No. 708061)
Mariam Elbakr[*]
Shelby Leighton[*]
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net
melbakr@publicjustice.net
sleighton@publicjustice.net

Alina Das[*]
Ajay Singh[†]
Ximena Valdarrago[†]
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu
as11021@nyu.edu
xfv201@nyu.edu

Leila Nasrolahi[*]
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

[*] admitted pro hac vice
[†] law student rendering assistance pursuant to Local Rule 83.5.4(k)

3

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

    I hereby certify that on December 23, 2025, December 31, 2025, and January 5–7, 2026, counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow or resolve the relief requested by this motion.

                                          */s Charles Moore*
                                          Charles Moore