UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA L., *et al.*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>    *Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

**DECLARATION OF CHARLES MOORE IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF DETENTION AND DEPORTATION OF PLAINTIFFS MARIA L. AND NANCY M. PURSUANT TO 5 U.S.C. § 705 AND THE ALL WRITS ACT**

I, Charles Moore, hereby declare the following under penalty of perjury:

1.      I am a member of the bar of this Court. I am an attorney for Plaintiffs in the above-captioned case.

2.      I understand that Plaintiff Nancy M. has a check-in with Defendant Immigration and Customs Enforcement ("ICE") scheduled for ███████████. I have reviewed a notice from ICE informing Ms. M. of the date of this check-in.

3.      It is my understanding that, in recent months, there has been an increased incidence of individuals being detained when reporting at check-ins with ICE. For example, the New York City Bar has reported that since May 2025, "ICE has been arresting individuals appearing in immigration courts" and "at their mandatory check-ins with ICE." N.Y.C. Bar Ass'n, *Report on the Trump Administration's 2025 Changes to Immigration Law* at 74 (Oct. 10, 2025), https://www.nycbar.org/wp-content/uploads/2025/03/20221419-TrumpAdminChangesImmigrationLaw.pdf.

1

4.      Based on my experience and the experience of my co-counsel, I further understand that, if either named Plaintiff was detained outside of their home states and/or deported outside of the United States, Plaintiffs may no longer be able to meaningfully participate in this litigation. Among other things, even if Plaintiffs' whereabouts could be ascertained, it would be logistically difficult to coordinate and communicate with them at American or foreign detention facilities or in an entirely different country.

5.      On December 23, 2025, I spoke with Defendants' counsel. During our conversation, I asked whether Defendants would agree to a stay of removal for the named Plaintiffs in this case, Maria L. and Nancy M. (collectively, "Individual Plaintiffs"). I reiterated my request over email to Defendants' counsel that same day.

6.      On December 31, 2025, having received no response, I requested over email that counsel provide Defendants' position on a stay of removal for Individual Plaintiffs by January 5, 2026.

7.      On January 5, 2026, having received no response, I sent another email to Defendants' counsel requesting a phone call to discuss our request for a stay of removal.

8.      That same day, Defendants' counsel responded that they had requested that Defendants advise him on their position on a stay of removal for Individual Plaintiffs. Defendants' counsel stated he was awaiting instructions from Defendants, which counsel expected later in the week.

9.      In response, despite having previously requested a response by January 5, 2026, I requested that counsel provide Defendants' position by 4pm on January 7, 2026.

10.     Late in the evening on January 6, 2026, Defendants' counsel responded that he would "follow-up" with Defendants on the request but could not commit to providing an answer by January 7th, as requested.

11.     On January 7, 2026, I provided notice that Plaintiffs would seek a temporary restraining order, given the urgency of the matter and Ms. M.'s upcoming check-in with ICE, if Defendants did not provide their position on the requested stay of removal by 4pm.

12.     After this deadline passed, and as of this filing, Defendants have not provided their position on the requested stay of removal.

13.     On January 7, 2026, Plaintiffs' counsel gave notice of the temporary restraining order to Defendants via electronic filing, and Defendants' counsel will be served via electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on the 7th day of January, 2026.

> */s Charles Moore*
> Charles Moore (BBO No. 708061)
> Public Justice
> 1620 L Street NW, Suite 630
> Washington, DC 20036
> (202) 861-5226
> cmoore@publicjustice.net

3