UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

**[Proposed] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF DETENTION AND DEPORTATION OF PLAINTIFFS MARIA L. AND NANCY M. PURSUANT TO 8 U.S.C. § 705 AND THE ALL WRITS ACT**

THIS MATTER comes before the Court on Plaintiffs' Emergency Motion for a Temporary Restraining Order to Stay Detention and Deportation of Plaintiffs Maria L. and Nancy M. (the "Motion"). Having reviewed the papers filed in support of the Motion, and in consideration of all pleadings and proceedings herein, the Court finds that, pursuant to Fed. R. Civ. P. 65(b), Plaintiffs are entitled to a temporary stay of their detention for immigration-related reasons or removal.

IT IS on this ___ day of _____, 2026, ORDERED that:

1. The Motion is GRANTED.

2. Defendants are hereby temporarily ENJOINED from detaining Plaintiffs Maria L. and Nancy M. for immigration-related reasons or deporting them.

3. This temporary restraining order shall remain in effect for fourteen days after it is entered, unless before that time the court, for good cause, extends it for a like period or Defendants consent to a longer extension.

2

4.     Following a hearing on Plaintiffs' Motion, the Court will rule on whether Plaintiffs are entitled to a stay of their detention for immigration-related reasons or removal during the pendency of this proceeding.

_____
The Honorable George A. O'Toole
United States District Judge