IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

|  |  |
|---|---|
| MARIA L., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-13471-GAO |

**DEFENDANTS' RESPONSE TO PLAINTIFS' MOTION FOR PROTECTIVE ORDER**

The Defendants do not oppose Plaintiffs' Motion for Protective Order (ECF No. 30) or the proposed Protective Order contained therein (ECF No. 30-1).

Dated: January 8, 2026        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

/s/ Alexander Severance
ALEXANDER SEVERANCE (KS Bar No 27618)
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
 Tel: (202) 598-3123
 Email: alexander.j.severance@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Alexander J. Severance, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Alexander Severance*
Alexander J. Severance

Dated: January 8, 2026                    Trial Attorney