AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| MARIA L., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13471-GAO |
| KRISTI NOEM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform.

Date: 01/12/2026

s/ Matthew J. O'Brien
*Attorney's signature*

Matthew J. O'Brien, BBO 635162
*Printed name and bar number*

Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
*Address*

mobrien@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*