# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-13471<br>Judge George A. O'Toole, Jr. |

## [PROPOSED] ORDER

    Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion to stay agency action. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of January, 2026

_____
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE