**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Maria L., *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-13471-GAO |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| *Defendants*. | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully requests leave of court to withdraw as counsel for Plaintiffs pursuant to Local Rule 83.5.2(c)(1)(A). Undersigned counsel has left the Refugee and Immigrant Center for Education and Legal Services ("RAICES") and is now employed by an organization not involved in this matter. The undersigned has been replaced on this matter by Kristy Blumeyer-Martinez, the Assistant Director for Strategic Litigation at RAICES, who entered an appearance on April 22, 2026. Ms. Blumeyer-Martinez is a skilled litigator with many years of experience in immigration-related matters and, with the rest of the counsel team, will ably represent Plaintiffs moving forward.

Respectfully submitted,

*/s/Richard Caldarone*
Richard Caldarone
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1370
rcaldarone@immigrantjustice.org

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on May 1, 2026, I conferred with counsel for Defendants in a good-faith effort to narrow or resolve the relief requested by this motion. Counsel for Defendants does not oppose this motion.

Dated: May 1, 2026                                  */s/Richard Caldarone*
                                                    Richard Caldarone


## CERTIFICATE OF SERVICE

I certify that, on May 1, 2026, I caused the above document to be served via email on all counsel of record via the CM/ECF system.

                                                    */s/Richard Caldarone*
                                                    Richard Caldarone