UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

    *Plaintiffs*,

        v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*

    *Defendants*.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

## **JOINT MOTION FOR HEARING**

Plaintiffs and Defendants (collectively, the "Parties") respectfully request that the Court calendar the hearing "to be scheduled in July" to address Plaintiffs' Motion to Stay Agency Action, ECF No. 20, *see* ECF No. 74, and any other matter for which the Court would like to hear from the Parties. The Parties are collectively available for a hearing July 1st, 2nd, 6th, 7th, 20th, and 22nd through 31st, 2026. The Parties jointly submit that the interests of judicial economy and efficient adjudication of the motions pending before the Court establish good cause for this request.

Plaintiffs respectfully request a hearing as soon as practicable, as any further delay causes irreparable harm. Defendants disagree that Plaintiffs are irreparably harmed for the reasons set forth in Defendants' Opposition to Plaintiffs' Motion to Stay Agency Action, ECF No. 32.

1

Dated: June 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s Charles Moore*
Charles Moore (BBO No. 708061)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net

KRISTINA A. WOLFE
Assistant Branch Director
Federal Programs Branch

*/s/ Alexander Severance*
ALEXANDER SEVERANCE (KS Bar No
27618)
ALEXANDRA L. YEATTS (CA Bar No.
358762)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3123
Email: alexander.j.severance@usdoj.gov

*Counsel for Plaintiffs*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on June 5, 2026, I caused the aforementioned document to be served via email

on all counsel of record through the CM/ECF system.

*/s Charles Moore*
Charles Moore