UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>    *Plaintiffs*,<br><br>          v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>    *Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

Plaintiffs respectfully request leave pursuant to Local Rule 7.1(b)(3) to submit additional declarations in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19 (Dec. 9, 2025). Specifically, Plaintiffs request leave to submit the following declarations, attached hereto as Exhibits A–L: Exhibit A, Declaration of A.T.; Exhibit B, Declaration of M.R.V.; Exhibit C, Declaration of F.G.; Exhibit D, Declaration of A.S.; Exhibit E, Declaration of P.D.; Exhibit F, Declaration of O.I.; Exhibit G, Declaration of A.P.; Exhibit H, Declaration of Eric Amaya; Exhibit I, Declaration of Laura K. Ruiz; Exhibit J, Declaration of Carl Bergquist; Exhibit K, Declaration of Ajay Singh; and Exhibit L, Declaration of Charles Moore. Plaintiffs are contemporaneously filing a motion for leave to submit certain declarations, Exhibits A–G, using initials and for a protective order regarding the treatment of personally identifying information ("PII") for non-parties; and for leave to file under seal and *ex parte* the PII contained in Exhibits A–G, I, and L.

For the reasons stated in the Memorandum of Law accompanying this motion, the Court should grant this motion.

Defendants oppose Plaintiffs' motion to supplement the record with third party declarations.

1

Dated: June 16, 2026

Respectfully submitted,

*/s Charles Moore*

Hasan Shafiqullah[*]
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Kristy Blumeyer-Martinez[*]
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
kristy.blumeyermartinez@raicestexas.org

David Bennion[*]
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath T. Sudarshan[*]
Stephen Rees[*]
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Addison Thompson[*]
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

Charles Moore (BBO No. 708061)
Mariam Elbakr[*]
Shelby Leighton[*]
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net
melbakr@publicjustice.net
sleighton@publicjustice.net

Alina Das[*]
Ajay Singh[†]
Ximena Valdarrago[†]
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu
as11021@nyu.edu
xfv201@nyu.edu

Leila Nasrolahi[*]
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

[*] admitted pro hac vice
[†] law student rendering assistance pursuant
to Local Rule 83.5.4(k)

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

On May 27, 2026 and June 16, 2026, undersigned counsel conferred with counsel for Defendants regarding the relief requested herein. Defendants oppose this motion.

> _/s Charles Moore_
> Charles Moore

**CERTIFICATE OF SERVICE**

I certify that, on June 16, 2026, I caused the aforementioned document to be served via email on all counsel of record through the CM/ECF system.

> _/s Charles Moore_
> Charles Moore

3