# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

    *Plaintiffs*,

        v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the Department of
Homeland Security; *et al.*

    *Defendants*.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

### DECLARATION OF A.T. IN SUPPORT OF
### PLAINTIFFS' MOTION TO STAY AGENCY ACTION

I, A.T., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following is true and accurate to the best of my knowledge:

1.      My name is A.T. and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2.      I submit this declaration using my initials to keep my identity hidden from the public. Although I understand my name is already publicly available because of the lawsuit filed against me, I would prefer to proceed under my initials so that my declaration does not raise any further risk of retaliation.

3.      I received a fine under Immigration and Nationality Act § 274D, 8 U.S.C. § 1324d.

4.      I have resided in the U.S. since ▇▇▇▇▇▇. Since ▇▇▇, I have been in a relationship with my now-husband, who is now a U.S. citizen on active military duty; we got married in ▇▇▇▇▇▇ and have four U.S. citizen children together, ages ▇▇▇ and ▇

5.      On ▇▇▇▇▇ an Immigration Judge ordered my removal; my appeal to the Board of Immigration Appeals ("BIA") was dismissed on ▇▇▇▇▇. Neither the Immigration

Judge's order nor the BIA decision contained any advisal regarding my liability for civil monetary penalties in the event I failed to depart the U.S.

6. On ███████████, U.S. Citizenship and Immigration Services ("USCIS") received the Form I-130 Petition for Alien Relative that my husband filed on my behalf.

7. On ███████████ USCIS approved the Form I-130 Petition.

8. I have requested that U.S. Immigration and Customs Enforcement ("ICE") join me in a motion to reopen my removal proceedings so that I may apply for lawful permanent residency based on the approved Form I-130 Petition.

9. I have also filed an application for military parole-in-place as the spouse of an active-duty servicemember.

10. Despite the approved Form I-130 Petition and the request that ICE join me in moving to reopen my removal proceedings, both of which show that I am actively pursuing immigration remedies and am not willfully failing to depart, I received an invoice for a fine of ███████ from the U.S. Department of Homeland Security ("DHS") and ICE on ███████.

11. I never received a Notice of Intention to Fine ("NIF") or a Final Order imposing the fine before receiving the ███████ invoice, which is presumably based on a NIF and related final Order.

12. In ███████ the Department of Treasury sent both my employer and me a Notice of Intent to Initiate Administrative Wage Garnishment Proceedings for the fine, which had increased to ███████ with the addition of interest and penalties.

13. On ███████, the United States filed a lawsuit against me in federal court to recover the fine of ███████ plus interest and penalties.

14. On ███████, the Department of Treasury seized my ███████ joint federal tax refund through the U.S. Treasury Offset Program and applied it to the fine I allegedly owe DHS.

15. On ███████, the Department of Treasury reported the alleged debt in the amount of ███████ to credit reporting agencies, causing a steep decline in my credit score.

16.    I do not understand why DHS thinks I should be fined over ███ million (now increased to over ███ million with interest and penalties) for staying in the U.S. when I promptly pursued all available avenues for lawful status after the BIA dismissed my appeal and after USCIS approved a Form I-130 Petition from my U.S. citizen husband on my behalf. Neither the immigration judge nor the BIA gave me any notice that I might be liable for such a fine, and the steps I have been taking to obtain immigration relief show that I have not willfully failed to depart.

17.    Receiving the invoice for this fine was extremely stressful and upsetting because I cannot afford to pay it. I cannot work because I no longer have employment authorization, so my six-person family's sole source of income is my husband's salary from the U.S. Army, which is approximately ███ per year. Moreover, it is ruining my credit score, which will likely make finding a new apartment for my family more difficult. I am extremely worried about what will happen to me and my family if I am made to pay this exorbitant fine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ███████ on this 5 day of June 2026.

A.T.