# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the Department of
Homeland Security; *et al.*

Defendants.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

## DECLARATION OF ERIC AMAYA IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION

I, Eric Amaya, hereby declare under penalty of perjury that the following is true and accurate to the best of my knowledge:

1.      My name is Eric Amaya and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2.      I am a twenty-two-year-old U.S. citizen. I recently graduated from the University of Maryland with a Bachelor of Arts in Public Policy.

3.      My father received a Notice of Intention to Fine from U.S. Immigration and Customs Enforcement (ICE) under Section 274D of the Immigration and Nationality Act. The notice alleges that after a final order of removal issued in my father's case on June 10, 1996, and he willfully failed to depart the United States as ordered. The notice proposes a civil penalty of $1,820,352.00.

4.      My family first learned of this proposed fine when ICE mailed the Notice of Intention to Fine to our family's home address. The amount is more than my family could ever

1

hope to pay. We had sought legal assistance to understand the notice and determine what options are available to contest it.

5. My father had lived in the United States continuously since 1988 and built his life here over the past several decades. He married my mother, a United States citizen, in 2010 after they had been together for many years, and together they have raised four children who are United States citizens. He is also the grandfather of a United States citizen grandchild.

6. Rather than attempting to evade the immigration system, my father has pursued a lawful avenue to obtain permanent resident status through his marriage to my mother. In November 2020, my mother filed a Form I-130 Petition for Alien Relative on his behalf, which was approved in April 2024. In April 2025, the Department of State informed him that an immigrant visa number was available and that he could proceed with the immigrant visa process through the National Visa Center. My father was also seeking permission to reapply for admission in anticipation of attending his immigrant visa interview in El Salvador. These facts reflect his longstanding family ties to the United States and his efforts to pursue lawful immigration status through the legal process.

7. After the Notice of Intention to Fine was issued, my father received a collection notice from the U.S. Department of the Treasury, Bureau of the Fiscal Service. The notice stated that the alleged debt had been referred for immediate collection and that the amount claimed had increased to more than $2.3 million because of interest, penalties, and administrative costs. The notice also warned that the government could pursue collection through tax refund offsets, other federal or state payments, could report the debt to credit bureaus or refer it to a private collection agency.

8.     After receiving the fine notice, my father and the rest of my family were terrified. My father was afraid that the U.S. government would try to get their hands on everything our family had. He had built a life here with his wife and children, but that could all go away because of this fine. The fine also impacted my father and the rest of my family emotionally. We all saw the horrible things on the television because of increased immigration enforcement, and I remember my father was scared to even leave the house. When my father received the fine we were even more scared for our well-being and our future in this country.

9.     On top of the emotional impact, the fine worsened my father's physical health. My father was diagnosed with hypertension and cardiomyopathy, and after receiving the fine his condition only got worse. His blood pressure increased, and that increase could lead to an increased chance of stroke. Every day he remained in the country under the stress of this fine, the greater the chance he would suffer physically as well as emotionally.

10.     The fine caused my father to fear for his safety in the United States. He felt that because of the fine, someone was going to come find him and detain him. Being detained without his medication could risk his life. So, my father made the impossible decision to leave the country for El Salvador.

11.     The impact that my father's departure and the government's efforts to impose this fine on my family have been detrimental. I am preparing to attend law school while also pursuing a master's degree in public policy, and I have worked hard to stay focused on building a future for myself despite everything my family has endured.

12.     When my father self-deported from the United States out of fear for his safety, my family's life changed overnight. He was the primary financial provider for our household, and his absence left my mother, my siblings, and me struggling to keep our family together. I have

3

tried to remain strong by maintaining good grades and supporting my family emotionally and financially, but the burden has been overwhelming. However, the stress and uncertainty surrounding my father's situation caused me to experience depression, and I sought counseling through the University of Maryland Counseling Center so that I could continue my studies. At the same time, I have had to work more than 30 hours each week at my part-time job while also working more than 30 hours each week in an unpaid internship necessary for my career goals. Much of the money I earn goes toward household bills, helping pay our mortgage, and sending financial assistance to my father in El Salvador. Even with these efforts, I have often relied on local food banks to help provide groceries for my family.

13. Even after my father decided to leave, they have still been trying to collect the fine. After he departed, I received a letter from a private debt collection agency, Continental Service Group, LLC, demanding payment. That letter had increased the amount owed to over $2.4 million.

14. It feels as though my life has been divided into two parts: before my father's departure and after it. Every day since his departure, I carry the responsibility of helping hold together a family that has been deeply affected by his absence. Although these experiences have made me more resilient, I continue to feel emotionally and physically exhausted. I often feel as though I am carrying the weight of a collapsing household while trying to pursue my education and create a better future for myself and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hyattsville, Maryland on the 11th day of June, 2026.

Eric Amaya

5