UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

    *Plaintiffs*,

        v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the Department of
Homeland Security; *et al.*

    *Defendants*.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

**DECLARATION OF HASAN SHAFIQULLAH IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
<u>MODIFY THE PROTECTIVE ORDER</u>**

I, Hasan Shafiqullah, hereby declare and state as follows:

1.     I am a member in good standing of the bars of the State of New York, the State of New Jersey, and the State of California. I am one of the attorneys for the Named Plaintiffs and the putative class members in this action. I am admitted *pro hac vice* in this case. I am a Supervising Attorney in the Civil Law Reform Unit at The Legal Aid Society. The facts set forth below are based on personal knowledge or on information provided to me by staff I supervise and my co-counsel in this action, and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Modify the Protective Order.

2.     Attached hereto as **Exhibit A** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "Re: Maria L. v. Noem (25-cv-13471)," with the most recent email being an email from Plaintiffs' counsel Charles Moore to Defendants' counsel on December 8, 2025.

1

3.      Attached hereto as **Exhibit B** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "Re: Maria L. v. Noem - protective order," with the most recent email being an email from Plaintiffs' counsel Charles Moore to Defendants' counsel on December 31, 2025.

4.      Counsel for Defendants did not respond to Mr. Moore's December 31, 2025 email regarding Plaintiffs' motion to enter a protective order.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS" EYES ONLY," with the most recent email being an email from Defendants' counsel Alexandra Yeatts to Plaintiffs' counsel on January 24, 2026.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "Re: Motion to Clarify/Amend Protect Order (Maria L.; 25-cv-13471)," with the most recent email being an email from Plaintiffs' counsel Charles Moore to Defendants' counsel on April 15, 2026.

7.      Attached hereto as **Exhibit E** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "RE: Motion to Clarify/Amend Protect Order (Maria L.; 25-cv-13471)," with the most recent email being an email from Defendants' counsel Alexandra Yeatts to Plaintiffs' counsel on April 6, 2026.

8.      Attached hereto as **Exhibit F** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel in this action, bearing the subject line "RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO," with the most recent email being an email from Plaintiffs' counsel Charles Moore to Defendants' counsel on April 30, 2026.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the Stipulated Protective Order that was entered on May 11, 2026 as ECF No. 40-1 in *Benitez, et al. v. U.S. Department of Homeland Security, et al.*, No. 2:26-cv-02082-SJB-JMW (E.D.N.Y.).

10.     To date, Defendants have not requested that Plaintiffs consent to any of the unidentified individuals referred to on Page 12 of Defendants' Motion to Modify the Protective Order (ECF No. 77) executing Exhibit A and obtaining Plaintiffs' PII for purposes of accessing or reviewing Plaintiffs' "A-files."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2026, in New York, New York.

*/s Hasan Shafiqullah*
Hasan Shafiqullah*
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org

*Counsel for Plaintiffs*

* admitted pro hac vice

3