# Exhibit A

| | |
|---|---|
| **From:** | Charles Moore |
| **To:** | Severance, Alexander J (CIV) |
| **Cc:** | Hasan Shafiqullah |
| **Subject:** | Re: Maria L. v. Noem (25-cv-13471) |
| **Date:** | Monday, December 8, 2025 1:50:58 PM |
| **Attachments:** | image001.png |
| | Outlook-3ajm222g.png |

Thanks, Alex. To recap:

1. You will consent to e-service of the motions.
2. We will send you a draft protective order later this week.
3. We reiterated our concern, as reflected in our motion already filed and in our forthcoming motion to seal, that our clients face the risk of detention and deportation if their identities are revealed to the Defendants in this case. As mentioned, that is why we are seeking to file the unredacted declarations ex parte, and will continue to treat our clients' information confidentially until a protective order is in place.

If you have a different understanding on any of these points, please let me know.

If there is anything else you would like to discuss, including a briefing schedule, in the days ahead, please do not hesitate to let me know.

Thanks again,
Charles



---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Monday, December 8, 2025 1:45 PM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** RE: Maria L. v. Noem (25-cv-13471)

Charles & Hasan,

I heard the end of the phone call though you couldn't hear me. I agreed with the recap and appreciate you sending those materials my way.

Thanks.


**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov



**From:** Charles Moore <cmoore@publicjustice.net>

**Sent:** Monday, December 8, 2025 12:06 PM

**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>

**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>

**Subject:** [EXTERNAL] Re: Maria L. v. Noem (25-cv-13471)


Sure thing, Alex. How about Hasan and I give you a call at 1:30?




**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>

**Sent:** Monday, December 8, 2025 11:56 AM

**To:** Charles Moore <cmoore@publicjustice.net>

**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>

**Subject:** RE: Maria L. v. Noem (25-cv-13471)


Good morning, Charles.


Do you have time this afternoon for a phone call to discuss? I'm widely available and can work around your schedule.


Thanks.


**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Monday, December 8, 2025 9:05 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem (25-cv-13471)

Good morning, Alex. As indicated below, I will note your clients' opposition to the motion to seal.

Will you consent to e-service of the motions we discussed? Alternatively, can you advise when you plan to enter an appearance in the case?

Thanks,
Charles



---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Thursday, December 4, 2025 2:30 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** Re: Maria L. v. Noem (25-cv-13471)

Hi Alex, thanks for your response.

We previously moved the court for leave to proceed pseudonymously and to allow us to designate our client's true identities as highly confidential information subject to an Attorneys Eyes Only designation. I know we discussed this motion briefly yesterday, but I am attaching it here for ease of reference.

Consistent with this previous request, we intend to file the declarations ex parte to ensure that your clients cannot access details relating to our clients until either (1) the Court rules on our motion or (2) we come to an agreement on the scope of confidentiality afforded to this information.

As I mentioned yesterday, if you are in a position to begin discussions on the scope of confidentiality, we would welcome that.

Thanks,
Charles



---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Thursday, December 4, 2025 1:08 PM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** RE: Maria L. v. Noem (25-cv-13471)

Charles,

I see. So only the Judge would be given the unredacted declarations?

We would object to any proposal in which the government attorneys handling this case are denied access to the redacted information. We will likely need this information in order to respond and defend the government.

**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Thursday, December 4, 2025 11:18 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>

**Subject:** [EXTERNAL] Re: Maria L. v. Noem (25-cv-13471)

Hi Alex,

Thanks for getting back to me. Our plan would be to file the declarations, redacting PII and other sensitive information. We would then submit the unredacted declarations for ex parte review. If you can let me know your position today, that would be great, but let me know if you think that will be an issue.

I am more than happy to get on the phone to discuss any of this. I am available most of the afternoon, other than a 1pm meeting.

Thanks,
Charles



**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Thursday, December 4, 2025 9:29 AM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** RE: Maria L. v. Noem (25-cv-13471)

Good morning, Charles.

Just so I understand, you would like to file the entire declarations under seal because there are portions within them that you would like to redact (because they contain PII or other sensitive info)? The parties would be able to view the full unredacted declarations though?

If that's the case, I don't foresee any objections but will get you a definitive answer once clarified.

Thanks.

**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, December 3, 2025 7:51 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem (25-cv-13471)

Hi Alex, thanks for chatting earlier today. As part of the motions for class certification and APA motion to stay we discussed on our call today, we will be filing a motion to seal redacted portions of our clients' declarations. I would be grateful if you could let me know your position on that motion by **noon tomorrow** (Thursday).

Happy to chat if that would be helpful.

Thanks,
Charles



---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, December 3, 2025 11:00 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** Re: Maria L. v. Noem (25-cv-13471)

Thanks, Alex. Talk to you at 1pm

Charles

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Wednesday, December 3, 2025 10:58 AM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** RE: Maria L. v. Noem (25-cv-13471)

You don't often get email from alexander.j.severance@usdoj.gov. Learn why this is important

Charles & Hasan,

Yes, 1:00 EST works well for me. My number is 202-598-3123.

I pulled the Complaint from the docket so no need to forward. Thanks.

I'm looking forward to our call at 1:00pm.


**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov


**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, December 3, 2025 10:45 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem (25-cv-13471)

Hi Alex,

Thanks for touching base. Very nice to e-meet you. I am copying my colleague Hasan Shafiqullah on this email.

Hasan and I are free for a call this afternoon. How is 1pm Eastern for you? Let me know what is the best number for you and I will give you a call.

Also, I am happy to send you the pleadings in the case as you are getting up to speed. Just let me

know.

Thanks,
Charles

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Wednesday, December 3, 2025 10:12 AM
**To:** Charles Moore <cmoore@publicjustice.net>
**Subject:** Maria L. v. Noem (25-cv-13471)

You don't often get email from alexander.j.severance@usdoj.gov. Learn why this is important

Charles,

Mike Sady from the District of Massachusetts forwarded me your email. I will be handling this case on behalf of the Government and wanted to reach out.

Let's find a time to discuss the motions you mentioned in your email to Mike. I have availability this afternoon and tomorrow morning. Do you have time for a short phone call to discuss?

Thanks.

**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov