# Exhibit C

| | |
|---|---|
| **From:** | Yeatts, Alexandra (CIV) |
| **To:** | Hasan Shafiqullah; Severance, Alexander J (CIV) |
| **Cc:** | Rees, Stephen; Charles Moore |
| **Subject:** | Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS" EYES ONLY |
| **Date:** | Saturday, January 24, 2026 10:28:59 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | Outlook-5ft3ahqi.png |

<mark>[EXTERNAL]</mark>

Good morning,

Writing to confirm AFODs Chan and Parra placed the stay flags in EARM.

Alex

Alexandra L. Yeatts

Trial Attorney | U.S. Department of Justice | Civil Division

Federal Programs Branch

(202)-353-5677 | Alexandra.Yeatts@usdoj.gov

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Friday, January 23, 2026 7:23:45 PM
**To:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Rees, Stephen <srees@cov.com>; Charles Moore <cmoore@publicjustice.net>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

You have Plaintiffs' consent to share the PII with AFOD Chan and AFOD Parra, as each has signed Exhibit A, agreeing to be bound by the PO.

Thanks.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney
Law Reform Unit
The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013
(646) 745-7166 cell
(646) 616-9232 fax
HHShafiqullah@legal-aid.org

Pronouns: he/him/his

**THE
LEGAL AID
SOCIETY
CIVIL**

---

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Friday, January 23, 2026 6:58 PM
**To:** Charles Moore <cmoore@publicjustice.net>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Here are the signed Exhibit A's for AFOD Chan and AFOD Parra.  Please confirm we have Plaintiffs' consent to share the PII with both individuals.

Thanks,
Alex

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Friday, January 23, 2026 6:11 PM
**To:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

You have Plaintiffs' consent to share PII with Mr. Seely, as he has signed Exhibit A, agreeing to be bound by the PO

Get Outlook for Android

---

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Friday, January 23, 2026 6:03:31 PM
**To:** Charles Moore <cmoore@publicjustice.net>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Will do.  Here is the first signed Exhibit A.  It's signed by Ronald Seely, the ICE OPLA Chief Counsel.  He's the third individual who needs eyes on the PII in order to facilitate the

provision of the PII to AFOD Chan and AFOD Parra.

Please confirm we have Plaintiffs' consent to share the PII with Mr. Seely.

Thanks,

Alex

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Friday, January 23, 2026 5:14 PM
**To:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Thank you, Alex. Please provide the signed Exhibit As from Mr. Chan and Mr. Parra when they are ready, and please also provide verification of the stay information in the system when entered.

Charles



**Charles Moore**
*Public Justice*

---

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Friday, January 23, 2026 5:03 PM
**To:** Charles Moore <cmoore@publicjustice.net>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Charles,

ICE has identified Assistant Field Office Directors Keith Chan (Boston Field Office) and Charles Parra (Miami Field Office) as the POCs to receive plaintiffs' PII and enter stay information in the system. We're working to have them sign Exhibit A now, and to confirm whether they will also be listed as the POCs in the system flags.

As previously discussed, Defendants maintain that the PO needs to be modified, and will move to amend/clarify, but Defendants are adhering to Plaintiffs' reading of the protective order in order to facilitate timely compliance with the court's stay of removal order.

Thanks,
Alex


Alexandra L. Yeatts

Trial Attorney | U.S. Department of Justice | Civil Division

Federal Programs Branch

(202)-353-5677  |  Alexandra.Yeatts@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>

**Sent:** Friday, January 23, 2026 12:06:20 PM

**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>

**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>

**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Alex,

We can hold off on filing the motion for the time being. Please provide an update by 5pm Eastern.

Charles



Charles Moore
*Public Justice*

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>

**Sent:** Friday, January 23, 2026 11:41 AM

**To:** Charles Moore <cmoore@publicjustice.net>

**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>

**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Charles,

We are presently engaging with the client agencies about signing Exhibit A in hopes of avoiding any need for a motion.

Are Plaintiffs willing to wait until COB today before filing?

**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Friday, January 23, 2026 11:13 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Alex,

We intend to move to enforce the Court's order, ECF No. 40, by requesting an order that Defendants designate an individual under Paragraph 4(c) of the PO and having that individual input a stay alert in EARM. Please provide your position.

Charles



**Charles Moore**
*Public Justice*

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 9:06 PM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Charles,

Thank you. I will include your stated positions in the relevant motions.

**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, January 21, 2026 2:00 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hi Alex,

Your email does not explain why the course of action we discussed last week and I suggested in my email—having those implementing the stay of detention/removal sign Exhibit A to the protective order—is not a workable solution for effectuating the Court's order. For avoidance of doubt, our position is that any individual employed with the Defendant agencies, who is not counsel of record in this case, can be bound by the PO if they sign Exhibit A. We will consent to the relevant personnel being bound by the protective order under paragraph 4(c) when you identify those individuals and they sign Exhibit A. We remain concerned that you will not pursue this obvious and simple path to effectuate the Court's order while complying with the PO.

Modification of the PO is unnecessary and inappropriate. We discussed the scope of the protective order back in December. See attached for my email of December 22nd, in which I explained that agency counsel and their agents would be designated under paragraph 4(c) of the PO. You and your clients have been in possession of the protective order since December 11th, when we first shared the proposal with you. Your suggestion that there needs to be some modification a month and a half later is not well taken, especially when we discussed this exact term and you thereafter agreed to be bound by the PO. Moreover, modifying the protective order as you suggest would defeat the entire purpose of the PO: to "restrict[] disclosure of [Plaintiffs'] names and other identifying information to Defendants and third parties."

As you know, time is of the essence, as Plaintiff Nancy M. has an upcoming check-in with ICE, so your proposal to further delay implementing the stay alert invites the possibility that Defendants will violate the Court's order. At this point, it has been twelve days since the Court ordered that "Defendants shall not detain or remove Plaintiffs," and you have yet to ensure Defendants are compliant. Your proposal to now seek an amendment to the PO will only cause further delay. We will

oppose.

We will oppose the request for an extension to respond to the Complaint that is tied to some undefined date in the future. We will not oppose a flat 30-day extension if the agencies can commit to producing the administrative record on a mutually agreeable timeline. If you choose to ask the Court for an extension, we will not oppose your alternative request for a 10-day extension from the denial of your motion.

Thanks,
Charles



**Charles Moore**
*Public Justice*

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 10:10 AM
**To:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <srees@cov.com>; Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Cc:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Dear Charles, Hasan, and Stephen,

After our call on Friday, I conferred with the Agencies once more concerning the operational constraints on implementing the stay of removal consistent with the protective order, as Plaintiffs interpret it. In short, for the reasons outlined below, it's not possible to do so. I will note at the outset that I have not shared the PII with anyone at the Defendant Agencies.  Defendants seek to ensure the stays of removal are quickly implemented in a manner that comports with a common understanding of the protective order. As such, the Government intends to seek a modification or clarification of the protective order.

The only way ICE could operationally prevent, on a nationwide basis, an enforcement action from being taken against the two named Plaintiffs is through an alert placed as a banner notification in the ENFORCE Alien Removal Module (EARM) database. However, despite our initial understanding, ICE Agency Counsel do not have "read and write" capabilities within the EARM database. **Only Enforcement and Removal Operations (ERO) officers can place alerts in EARM.** The role of ICE Agency Counsel in cases of this type is limited to advising ERO officers on the existence and terms of the TRO on an

as needed basis. Accordingly, non-attorney ERO personnel must be read-in on the two named Plaintiffs' connection with this lawsuit in order to place the alerts. Agency Counsel may be listed as the POC within the explanatory details of the alerts.

Given these procedural constraints, none of which could feasibly have been discussed with the clients after Plaintiffs filed their Motion for a Stay of Removal but before Defendants were required to state their position as to the drafted protective order, the Government intends to seek a modification or clarification of the protective order permitting access to the ICE personnel necessary to (1) input the EARM alerts and (2) act as a POC to answer questions on the TRO. Specifically, we will ask the Court to modify or clarify paragraph 4(a) of the protective order to explicitly include the counsel at the Defendant Agencies (DHS, ICE, CBP, DOJ, and EOIR) as well as the non-attorney personnel at these Agencies who have an involvement with this litigation requiring their need to know Plaintiffs' PII. Would you please let me know your position on this motion to modify and in the alternative to clarify by 4:00pm today, January 21

Separately, while I appreciate Plaintiffs' proposal to consent to a 30-day extension for Defendants' response to the Complaint in exchange for producing the administrative record when Defendants file their response, the Agencies are not able to commit to producing the administrative record within that timeframe. This evening, Defendants plan to file a motion to extend the deadline to file the Government's response to 30 days after the Court rules on the pending preliminary injunction motion (Dkt. 19). Kindly communicate Plaintiffs' position on this extension motion by 4:00pm today. In this motion, the Government will request that, should the Court deny the Government's requested 30-day extension, the Court grant Defendants' 10 days from the date of the denial to file its motion to dismiss. Please also communicate Plaintiffs' position on this request.

Thank you.

**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>

**Sent:** Friday, January 16, 2026 4:06 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Alex and Alex,

Thank you for taking the time to speak today. As discussed, we agree to your proposal to issue a "stay alert / do not remove alert" for Maria L. and Nancy M. to effectuate the Court's order. We also agree to your proposed narrative accompanying the stay alert stating: "pursuant to court order." Based on our conversation, we understand that this acts as a Z hold would, based on your assurance that they are essentially "the same thing."

Please confirm that individuals entering the information in the ICE database you referenced will sign Exhibit A, agreeing to be bound by the PO, and that the ICE POC will also sign Exhibit A. If we are in agreement, please provide those individuals' names and signed their Exhibit A forms as soon as possible.

We can then have further discussions regarding Paragraph 4 of the protective order.

Thanks,
Charles



**Charles Moore**
*Public Justice*

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Friday, January 16, 2026 1:12 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Rees, Stephen <srees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hi Alex, 2pm is good for us. Could you circulate a number?

Get Outlook for iOS

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>

**Sent:** Friday, January 16, 2026 1:00:20 PM
**To:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>; Rees, Stephen <SRees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Yeatts, Alexandra (CIV)
<Alexandra.Yeatts@usdoj.gov>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Gentlemen,

We have been able to obtain a little more fidelity from the client agencies on what is
required to implement the court-ordered stay of removal of the two named Plaintiffs.

We would like to discuss our way forward regarding compliance with the TRO while
working within the constraints of the protective order.

Both Alex and I have availability this afternoon. Is there a good time for you for a
conference call?

**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Thursday, January 15, 2026 5:33 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Yeatts, Alexandra (CIV)
<Alexandra.Yeatts@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <SRees@cov.com>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES
ONLY

Good evening Alex S, and good to meet you Alex Y,

Thank you for confirming that you haven't disclosed our clients' PII to the Agencies.

We look forward to your updates regarding a stay of removal and the production of the
administrative record.

Thanks.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney
Law Reform Unit
The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013
(646) 745-7166 cell
(646) 616-9232 fax
HHShafiqullah@legal-aid.org
Pronouns: he/him/his

**THE
LEGAL AID
SOCIETY
CIVIL**

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Thursday, January 15, 2026 5:26 PM
**To:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <SRees@cov.com>; Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Good evening, Hasan.

I have not sent any of the two Plaintiffs' PII to the Agencies.

I am working with the client Agencies regarding the requirements of implementing a stay of removal and will be in touch shortly on this front.

I have also asked the Agencies whether the administrative record can be produced within the timeframe you proposed and will let you know as soon as I hear back.

Finally, I'm adding my DOJ colleague, Alex Yeatts, to this email exchange. She entered her appearance in this case today and will be joining me as co-counsel in the litigation.

Thank you.


**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Thursday, January 15, 2026 4:43 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <SRees@cov.com>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hi Alex,

We're following up on our email from yesterday.

Please let us know where you stand regarding Paragraph 4 of the Protective Order. To be clear, our view is that DHS personnel are not "agents of counsel," but that Defendants can comply with the Protective Order by identifying to Plaintiffs' counsel the personnel necessary to input information to implement the Z Hold and having them execute Exhibit A to the PO. In the absence of a duly executed Exhibit A, disclosure of PII may not be made to any Defendants. If disclosures have already been made, advise us immediately of what information was disclosed to whom and when.

Additionally, please let us know your position on production of the administrative record concurrently with a 30-day extension of the MTD.

Thanks.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney
Law Reform Unit
The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013
(646) 745-7166 cell
(646) 616-9232 fax
HHShafiqullah@legal-aid.org
Pronouns: he/him/his

**THE
LEGAL AID
SOCIETY
CIVIL**

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Wednesday, January 14, 2026 11:15 AM

**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <SRees@cov.com>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY


Hi Alex,

We disagree with your interpretation of Paragraph 4 of the Protective Order. We had previously discussed that 4(a) would encompass only agency counsel at each of the Defendant agencies, as well as two to three support personnel with the credentials to pull Plaintiffs' files. I am attaching our December 23, 2025, email exchange to refresh your recollection. Paragraph 4(a) does not encompass the Defendants and their staff, given that DHS personnel are clearly not "agents of counsel." The course of action you propose would violate the Order. Should you nonetheless move forward, we are prepared to file a motion to enforce and seek appropriate relief.

Regarding your request for an extension for a motion to dismiss (MTD), Plaintiffs would consent to a 30-day extension, in exchange for which we request the production of the administrative record by the date you file the MTD.

If helpful, we could get on a call to discuss.

Thanks.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney
Law Reform Unit
The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013
(646) 745-7166 cell
(646) 616-9232 fax
HHShafiqullah@legal-aid.org
Pronouns: he/him/his

THE
LEGAL AID
SOCIETY
CIVIL

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Wednesday, January 14, 2026 10:57 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Rees, Stephen <SRees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Please hold off sending anything to DHS. We'll reply shortly.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney
Law Reform Unit
The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013
(646) 745-7166 cell
(646) 616-9232 fax
HHShafiqullah@legal-aid.org
Pronouns: he/him/his

**THE
LEGAL AID
SOCIETY
CIVIL**

---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Wednesday, January 14, 2026 10:22 AM
**To:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>; Rees, Stephen <SRees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Gentlemen,

I followed-up with the Agencies concerning your questions about the Government's implementation of the Court ordered stay.

The implementation of the Z Hold requires involvement of individuals at the local field offices. It cannot be put in place by someone at headquarters while keeping the local field offices totally in the dark as to the background. With that said, there is always the possibility that the local field offices will know which case the hold is connected to. Even if the Z Hold, itself, remains vague, if the field office wants to know why the hold is in place, officials there can inquire for their own situational awareness.

As I mentioned yesterday, because these individuals at the field offices are working in furtherance of our compliance with a Court Order, we view them as agents of Defendant's Counsel with responsibility for this litigation under paragraph 4(a) of the protective order who do not need to sign on to the PO.

I will be sending the two named Plaintiffs' information to DHS shortly in order to issue the Z Hold and ensure the Government's compliance with the court ordered stay of removal.

**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

**From:** Severance, Alexander J (CIV)
**Sent:** Tuesday, January 13, 2026 9:11 PM
**To:** 'Hasan Shafiqullah' <HHShafiqullah@legal-aid.org>; Rees, Stephen <SRees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hasan & Stephen,

Thank you for your time this afternoon. After our call, I reached out to the Agencies seeking answers to your two questions about the stay of removal procedure:

1.  What level of detail about the court order is needed by ICE to implement the Z Hold; and
2.  Can the hold be issued by someone at ICE headquarters rather than by someone at the specific field office.

Once I have answers back from the Agencies to these two questions, I will let you know.

Also, as I mentioned on the phone, I will be seeking an extension to file our responsive pleading until after Judge O'Toole has ruled on the stay and class certification motions. Would you please let me know your position – if you have one – to this motion by 4:00pm Thursday, January 15.

Thank you.


**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov


**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Tuesday, January 13, 2026 4:04 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Rees, Stephen <SRees@cov.com>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Ok no worries. Teams is always more glitchy than Zoom.

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Tuesday, January 13, 2026 4:01 PM

**To:** Rees, Stephen <SRees@cov.com>; Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Gentlemen,

I'm having issues with my TEAMS. Please give me a minute to log in again.


**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Rees, Stephen <SRees@cov.com>
**Sent:** Monday, January 12, 2026 5:10 PM
**To:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

That works for me as well, thank you Hasan.

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Monday, January 12, 2026 3:50 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <SRees@cov.com>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

[EXTERNAL]
Hi Alex, 4:00pm tomorrow is still good for me. On the assumption that it still works for Stephen, I'll send a calendar invite with a Teams link to hold the time.

Thanks.

Hasan Shafiqullah, Esq.
Immigration Supervising Attorney

Law Reform Unit

The Legal Aid Society

49 Thomas St., 5th Floor

New York, NY 10013

(646) 745-7166 cell

(646) 616-9232 fax

HHShafiqullah@legal-aid.org
Pronouns: he/him/his



---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Monday, January 12, 2026 2:40 PM
**To:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <srees@cov.com>
**Subject:** RE: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hasan,

How about 4:00pm tomorrow. Does that work for you and Stephen?


**Alex Severance** | Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
(202) 598-3123 | alexander.j.severance@usdoj.gov

---

**From:** Hasan Shafiqullah <HHShafiqullah@legal-aid.org>
**Sent:** Monday, January 12, 2026 10:19 AM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Charles Moore <cmoore@publicjustice.net>; Rees, Stephen <srees@cov.com>
**Subject:** [EXTERNAL] Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Hi Alex,

Charles is unavailable this week. Our colleague Stephen Rees (cc'd here) and I are available all day tomorrow (Tues 1/13) **except** from 12:30pm-1:30pm. If there's a time before or after that tomorrow, please let us know.

Thanks.

Hasan Shafiqullah, Esq.

Immigration Supervising Attorney

Law Reform Unit

The Legal Aid Society

49 Thomas St., 5th Floor

New York, NY 10013

(646) 745-7166 cell

(646) 616-9232 fax

HHShafiqullah@legal-aid.org
Pronouns: he/him/his



---

**From:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Sent:** Sunday, January 11, 2026 8:04 PM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** Re: Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Good evening, Charles.

Let's plan to speak tomorrow afternoon. Immediately after Judge Joun's order, I notified the Agencies of the stay and the Government's obligations under the order. I am working with the Agencies to determine who needs to be read in on the PII in order for the Government to comply with the stay.

Does 4:00pm work for you and Hasan?

**Alex Severance** | Trial Attorney

United States Department of Justice

Civil Division – Federal Programs Branch

(202) 598-3123 | alexander.j.severance@usdoj.gov


Get Outlook for iOS

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Friday, January 9, 2026 6:03:50 PM
**To:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>

**Subject:** [EXTERNAL] Maria L. v. Noem - HIGH CONFIDENTIAL MATERIAL & ATTORNEYS' EYES ONLY

Good evening, Alex.

Pursuant to the Court's order, ECF No. 40, and the protective order entered this evening, ECF No. 30-1, please see attached for the following:

1.  Personal identifying information for Plaintiffs Maria L. and Nancy M.;
2.  The unredacted declaration of Maria L., ECF Nos. 20-1 & 22-1;
3.  The unredacted declaration of Nancy M., ECF Nos. 20-2 & 22-2;
4.  The unredacted declaration of Ian Head, ECF Nos. 20-3 & 22-3; and
5.  The unredacted declaration of Charles Moore, ECF No. 35-1.

All documents attached here are for **attorneys' eyes only**.

Pursuant to paragraph 4 the protective order, only counsel with responsibility for this litigation are permitted to review this material. All other individuals will need approval from the Court or written consent from Plaintiffs.

Please let me know your availability for a call on Monday to discuss who else will need access under paragraph 4(c), and what information they will need, in order to effectuate the Court's order to "not detain or remove Plaintiffs Maria L. and Nancy M." ECF No. 40.

Thanks,

Charles



**Charles Moore** *(he/him)*

*Senior Attorney, Debtors' Prison Project*

***Public Justice***

1620 L Street NW, Suite 630

Washington, DC 20036

Office: (202) 861-5226

Cell: (301) 664-4252
cmoore@publicjustice.net


*Admitted to practice in New York and the District of Columbia