# Exhibit F

Exhibit F - Page 1

| | |
|---|---|
| **From:** | Charles Moore |
| **To:** | Yeatts, Alexandra (CIV) |
| **Cc:** | Severance, Alexander J (CIV); Hasan Shafiqullah; Rees, Stephen |
| **Subject:** | RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO |
| **Date:** | Thursday, April 30, 2026 2:14:59 PM |
| **Attachments:** | image001.png |

**[EXTERNAL]**

Alex,

Putting to the side my view that it would be surprising if the Court scheduled a Case Planning Conference simply to discuss the outstanding motions and Defendants' Rule 12 deadline, Rule 26(f) states that "the parties must confer as soon as practicable." It is certainly practicable for the parties to discuss production of the AR and the scope of discovery beyond the AR. We will remain available to meet our obligations under Rule 26(f) as soon as Defendants are willing to engage in those discussions.

Thanks,
Charles



**Charles Moore**
*Public Justice*

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Thursday, April 30, 2026 11:27 AM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Subject:** RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Good Afternoon, Charles,

The Court set a Case Planning Conference but did not issue a scheduling order—something which it could have done when it set the Conference. In light of Plaintiffs' currently pending motion for a PI/APA Stay, the Court presumably wants to hear from the parties about how to stage the litigation, including resolving Plaintiffs' motion, the filing of a motion to dismiss, and the like, all of which would predate discovery (to the extent discovery is even appropriate). Accordingly, and absent a scheduling order from the Court, Defendants do not believe a Rule 26(f) conference is required at this time.

Alex

Alexandra L. Yeatts

Trial Attorney | U.S. Department of Justice | Civil Division

Federal Programs Branch

(202)-353-5677 | Alexandra.Yeatts@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, April 29, 2026 3:48 PM
**To:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Cc:** Hasan Shafiqullah <hhshafiqullah@legal-aid.org>; Rees, Stephen <srees@cov.com>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Thanks, Alex.

Given that the Court has converted our motions hearing to the Case Planning Conference, Plaintiffs propose that the parties move forward with our Rule 26(f) conference, which we previously proposed conducting in our email of January 29th. At a minimum, conducting the Rule 26(f) conference before the May 13th hearing will allow the parties to address future deadlines and the scope of discovery with the Court. *See* Fed. R. Civ. P. 26(f)(3)(A), (B). Can you please provide some times early next week when you and Alex can meet?

Thanks,
Charles



---

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Wednesday, April 29, 2026 2:08 PM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Rees, Stephen <srees@cov.com>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** Re: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Only voicemail boxes so far.

Alex

Alexandra L. Yeatts

Trial Attorney | U.S. Department of Justice | Civil Division

Federal Programs Branch

(202)-353-5677 | Alexandra.Yeatts@usdoj.gov

---

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Wednesday, April 29, 2026 11:52:47 AM
**To:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Cc:** Rees, Stephen <srees@cov.com>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Thanks, Alex. I will look out for your email this afternoon.

Charles


**Charles Moore**
*Public Justice*

---

**From:** Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov>
**Sent:** Wednesday, April 29, 2026 11:51 AM
**To:** Charles Moore <cmoore@publicjustice.net>
**Cc:** Rees, Stephen <srees@cov.com>; Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** FW: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Hi Charles,

I plan to call the court this afternoon to inquire about the substance of the hearing turned case planning conference.  I'll let you know if I learn anything.

Alex

Alexandra L. Yeatts
Trial Attorney | U.S. Department of Justice | Civil Division
Federal Programs Branch
(202)-353-5677 | Alexandra.Yeatts@usdoj.gov

---

**From:** Yeatts, Alexandra (CIV)
**Sent:** Tuesday, April 28, 2026 9:00 AM
**To:** 'timothy_maynard@mad.uscourts.gov' <timothy_maynard@mad.uscourts.gov>; 'Flaviana De

Oliveira' <Flaviana_deOliveira@mad.uscourts.gov>
**Cc:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; 'Hasan Shafiqullah'
<hhshafiqullah@legal-aid.org>; 'srees@cov.com' <srees@cov.com>; 'Charles Moore'
<cmoore@publicjustice.net>
**Subject:** RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO

(re-sending the below email with Mr. Maynard replacing Mr. Fleming)

Good Morning,

Defendants in the above-captioned case respectfully request clarity as to whether the below
docket text means the parties should not come prepared to argue the motions currently
pending before the court, but, instead, with a proposed timeline for next steps.  Any clarity as
to what the parties should come prepared to discuss on May 13th is much appreciated.
Counsel for Plaintiffs are copied on this email.

Thanks very much,
Alex

Alexandra L. Yeatts
Trial Attorney | U.S. Department of Justice | Civil Division
Federal Programs Branch
(202)-353-5677 | Alexandra.Yeatts@usdoj.gov

**Notice of Electronic Filing**

The following transaction was entered on 4/27/2026 at 12:02 PM EDT and filed on
4/27/2026
**Case Name:**        Maria L. et al v. Noem et al
**Case Number:**       1:25-cv-13471-GAO
**Filer:**

**Document Number:** 65(No document attached)

**Docket Text:**
**ELECTRONIC NOTICE of Hearing. Case Planning Conference set for 5/13/2026
02:00 PM in Courtroom 22 (In person only) before Judge George A. OToole Jr.
(NOTE: Motion Hearing previously set is now converted to the Case Planning
Conference) (TRM)**

**From:** John Fleming <John_Fleming@mad.uscourts.gov>
**Sent:** Tuesday, March 31, 2026 9:02 AM
**To:** Charles Moore <cmoore@publicjustice.net>; Flaviana De Oliveira
<Flaviana_deOliveira@mad.uscourts.gov>
**Cc:** Severance, Alexander J (CIV) <Alexander.J.Severance@usdoj.gov>; Yeatts, Alexandra (CIV)
<Alexandra.Yeatts@usdoj.gov>; Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** [EXTERNAL] RE: Maria L. v. Noem, Case No. 25-cv-13471-GAO

Good morning,

Thank you for your email. Please file a motion.

John M. Fleming
Courtroom Deputy Clerk
U.S. District Court – Boston, Ma.
617-748-9159

**From:** Charles Moore <cmoore@publicjustice.net>
**Sent:** Tuesday, March 31, 2026 8:58 AM
**To:** John Fleming <John_Fleming@mad.uscourts.gov>; Flaviana De Oliveira
<Flaviana_deOliveira@mad.uscourts.gov>
**Cc:** Severance, Alexander J (CIV) <alexander.j.severance@usdoj.gov>; Alexandra.Yeatts@usdoj.gov;
Hasan Shafiqullah <hhshafiqullah@legal-aid.org>
**Subject:** Maria L. v. Noem, Case No. 25-cv-13471-GAO

<mark>CAUTION - EXTERNAL:</mark>

Good morning,

Plaintiffs in the above-captioned case respectfully request that the Court create a telephone line to
allow the public to observe the proceedings currently scheduled to take place on April 29th.
Defendants do not oppose this request. Counsel for Defendants are copied on this email.

Please advise if a formal motion is required.

Thanks,
Charles Moore
*Counsel for Plaintiffs*



**Charles Moore** *(he/him)*
*Senior Attorney, Debtors' Prison Project*
**Public Justice**
1620 L Street NW, Suite 630
Washington, DC 20036
Office: (202) 861-5226
Cell: (301) 664-4252
cmoore@publicjustice.net

*Admitted to practice in New York and the District of Columbia

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.