IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

|  |  |
|---|---|
| MARIA L., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-13471-GAO |

**DEFENDANTS' NOTICE OF ERRATA WITH RESPECT TO ECF NO. 92.**

On June 30, 2026, Defendants timely filed their Response in Opposition to Plaintiff's Motion to File Third Party Declarations Under Seal and Ex Parte. ECF No. 92.  Defendants referenced a matter filed in this District, *A.B. v Mullin*, Case No. 1:26-cv-12746 (D. Mass.), in Section II of their opposition on page 6, to support the premise that similarly situated aliens across the country have not feared filing suit under their full names and with unredacted declarations and exhibits attached to their complaints. On July 6, 2026, Plaintiffs' counsel informed Defendants' counsel via email that access to the full record in *A.B.* is restricted. Because the docket is restricted and the plaintiff in *A.B.* filed the lawsuit using initials and moved this Court to proceed under pseudonym, and remote access to the full record is restricted, Defendants determined that they cannot rely on *A.B.* to support their point that alien litigants are not shielding their full names and other identifying information.[1]

---

[1] On July 7, 2026 Plaintiffs' counsel informed Defendants' counsel via email that the dockets in several additional cases referenced in Defendants' opposition are restricted, including: *Andriana v. Mullin, et al.*, Case No. 5:26-cv-02358-SP (C.D. Cal.); *Sanchez v. Mullin, et al.*, Case No. 1:26-cv-03591-JLT-CDB (E.D. Cal.); *Fuentes v. Mullin, et al.*, Case No. 2:26-cv-06511-KS (C.D. Cal.); and *Funez v. Mullin, et al.*, Case No. 1:26-cv-23315-DSL (S.D. Fla.). *See* ECF No. 92 at 6-7. Unlike in *A.B.*, plaintiffs' full names

1

Defendants, thereby, provide notice that they are withdrawing their reference to *A.B. v. Mullin*, Case No. 1:26-cv-12746 (D. Mass.) made in ECF No. 92. Defendants respectfully submit the corrected version of their opposition as an attachment to this notice.

Dated: July 7, 2026.                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Director
Federal Programs Branch

*/s/ Lindsey E. Gilman*
Lindsey E. Gilman
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-4519
Email: Lindsey.E.Gilman@usdoj.gov

---

are publicly accessible, thus supporting Defendants' proposition that other litigants around the country are not shielding the information Plaintiffs here seek to shield.  Despite that the courts have restricted remote public access to the full record in *Andriana v. Mullin, et al.*, Case No. 5:26-cv-02358-SP (C.D. Cal.); *Sanchez v. Mullin, et al.*, Case No. 1:26-cv-03591-JLT-CDB (E.D. Cal.); *Fuentes v. Mullin, et al.*, Case No. 2:26-cv-06511-KS (C.D. Cal.); and *Funez v. Mullin, et al.*, Case No. 1:26-cv-23315-DSL (S.D. Fla.), members of the public, including Plaintiffs and their attorneys, may obtain access to the full record of these matters at the courthouse pursuant to Fed. R. Civ. P. 5.2(c)(2).

## **CERTIFICATE OF SERVICE**

I, Lindsey E. Gilman, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ *Lindsey E. Gilman*
Dated: July 7, 2026                           Trial Attorney