UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>    *Plaintiffs*,<br><br>        v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>    *Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiffs submit this notice of supplemental authority to bring to this Court's attention a letter from Senators Richard J. Durbin and Alex Padilla, dated July 17, 2026, addressed to Defendants Todd Blanche and Markwayne Mullin regarding the fines at issue in this litigation. The letter is relevant to Plaintiffs' pending motion to stay agency action or, in the alternative, for a preliminary injunction (ECF No. 19) and motion for class certification (ECF No. 21). A true and correct copy of the letter is attached as Exhibit A.[1]

---

[1] A true and correct copy of the letter is also available online at the following link: https://www.durbin.senate.gov/imo/media/doc/final_letter_to_blanche_and_mullin_reimmigrationcivilmonetarypenalties.pdf.

1

Dated: July 20, 2026

Evan Henley (BBO No. 688663)
Hasan Shafiqullah[*]
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Kristy Blumeyer-Martinez[*]
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
kristy.blumeyermartinez@raicestexas.org

David Bennion[*]
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath T. Sudarshan[*]
Stephen Rees[*]
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Addison Thompson[*]
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s Charles Moore
Charles Moore (BBO No. 708061)
Mariam Elbakr[*]
Shelby Leighton[*]
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net
melbakr@publicjustice.net
sleighton@publicjustice.net

Alina Das[*]
Ajay Singh[†]
Ximena Valdarrago[†]
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu
as11021@nyu.edu
xfv201@nyu.edu

Leila Nasrolahi[*]
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

[*] admitted pro hac vice
[†] law student rendering assistance pursuant
to Local Rule 83.5.4(k)

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 20, 2026, I caused the aforementioned document to be served via email on all counsel of record through the CM/ECF system.

*/s Charles Moore*
Charles Moore
