UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

    *Plaintiffs*,

      v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*

    *Defendants*.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.5.2(c), Public Justice attorney Mariam Elbakr seeks to withdraw her appearance as counsel for Plaintiffs, as she will no longer be employed with Public Justice effective August 6, 2026. Since several motions are pending before the Court, I respectfully seek leave to withdraw. L.R. 83.5.2(c)(1)(A). Public Justice attorneys Charles Moore, Shelby Leighton, and Leila Nasrolahi, who have previously entered appearances, remain on the case.

Dated: August 3, 2026

**CERTIFICATE OF SERVICE**

I certify that, on August 6, 2026, I caused the aforementioned document to be served via email on all counsel of record through the CM/ECF system.

*/s Mariam Elbakr*
Mariam Elbakr
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
melbakr@publicjustice.net

*/s Mariam Elbakr*
Mariam Elbakr