UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA L., *et al.*

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*

*Defendants*.

Case No. 1:25-cv-13471-GAO

Hon. George A. O'Toole

**LEAVE TO FILE GRANTED ON SEPTEMBER 30, 2026**

**NOTICE SUPPLEMENTING THE RECORD IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

Plaintiffs respectfully submit declarations pursuant to the Court's orders on September 30, 2026, granting Plaintiffs' motions to supplement the record, ECF Nos. 81, 97. *See* ECF Nos. 107, 110. Specifically, Plaintiffs supplement the record with the following declarations, attached hereto as Exhibits A–M: Exhibit A, Declaration of A.T.; Exhibit B, Declaration of M.R.V.; Exhibit C, Declaration of F.G.; Exhibit D, Declaration of A.S.; Exhibit E, Declaration of P.D.; Exhibit F, Declaration of O.I.; Exhibit G, Declaration of A.P.; Exhibit H, Declaration of Eric Amaya; Exhibit I, Declaration of Laura K. Ruiz; Exhibit J, Declaration of Carl Bergquist; Exhibit K, Declaration of Ajay Singh; Exhibit L, Declaration of Charles Moore; and Exhibit M, Declaration of Nancy M.[1] Plaintiffs will file unredacted versions of certain declarations, Exhibits A–G, I, L, and M, under seal. *See* ECF No. 109, 111.

[1] Plaintiffs requested leave to file Exhibits A–L separately from seeking leave to file the Declaration of Nancy M. ECF Nos. 81, 97. For clarity, the Declaration of Nancy M. is filed as Exhibit M to this notice. ECF Nos. 107, 110.

Dated: October 1, 2026

Respectfully submitted,

*/s Charles Moore*
Charles Moore (BBO No. 708061)
Shelby Leighton*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net
sleighton@publicjustice.net

Hasan Shafiqullah*
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

Kristy Blumeyer-Martinez*
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
kristy.blumeyermartinez@raicestexas.org

Alina Das*
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu

David Bennion*
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Leila Nasrolahi*
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Ranganath T. Sudarshan*
Stephen Rees*
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

Addison Thompson*
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

* admitted pro hac vice
† law student rendering assistance pursuant to Local Rule 83.5.4(k)

**CERTIFICATE OF SERVICE**

I certify that, on October 1, 2026, I caused the aforementioned document to be served via email on all counsel of record through the CM/ECF system.

*/s Charles Moore*
Charles Moore