# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**LEAVE TO FILE GRANTED SEPT. 30, 2026** |

**DECLARATION OF A.T. IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

I, A.T., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following is true and accurate to the best of my knowledge:

1. My name is A.T. and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2. I submit this declaration using my initials to keep my identity hidden from the public. Although I understand my name is already publicly available because of the lawsuit filed against me, I would prefer to proceed under my initials so that my declaration does not raise any further risk of retaliation.

3. I received a fine under Immigration and Nationality Act § 274D, 8 U.S.C. § 1324d.

4. I have resided in the U.S. since [redacted]. Since [redacted], I have been in a relationship with my now-husband, who is now a U.S. citizen on active military duty; we got married in [redacted] and have four U.S. citizen children together, ages [redacted] and [redacted]

5. On [redacted] an Immigration Judge ordered my removal; my appeal to the Board of Immigration Appeals ("BIA") was dismissed on [redacted]. Neither the Immigration

Judge's order nor the BIA decision contained any advisal regarding my liability for civil monetary penalties in the event I failed to depart the U.S.

6. On [redacted], U.S. Citizenship and Immigration Services ("USCIS") received the Form I-130 Petition for Alien Relative that my husband filed on my behalf.

7. On [redacted] USCIS approved the Form I-130 Petition.

8. I have requested that U.S. Immigration and Customs Enforcement ("ICE") join me in a motion to reopen my removal proceedings so that I may apply for lawful permanent residency based on the approved Form I-130 Petition.

9. I have also filed an application for military parole-in-place as the spouse of an active-duty servicemember.

10. Despite the approved Form I-130 Petition and the request that ICE join me in moving to reopen my removal proceedings, both of which show that I am actively pursuing immigration remedies and am not willfully failing to depart, I received an invoice for a fine of [redacted] from the U.S. Department of Homeland Security ("DHS") and ICE on [redacted].

11. I never received a Notice of Intention to Fine ("NIF") or a Final Order imposing the fine before receiving the [redacted] invoice, which is presumably based on a NIF and related final Order.

12. In [redacted] the Department of Treasury sent both my employer and me a Notice of Intent to Initiate Administrative Wage Garnishment Proceedings for the fine, which had increased to [redacted] with the addition of interest and penalties.

13. On [redacted], the United States filed a lawsuit against me in federal court to recover the fine of [redacted] plus interest and penalties.

14. On [redacted], the Department of Treasury seized my [redacted] joint federal tax refund through the U.S. Treasury Offset Program and applied it to the fine I allegedly owe DHS.

15. On [redacted], the Department of Treasury reported the alleged debt in the amount of [redacted] to credit reporting agencies, causing a steep decline in my credit score.

16. I do not understand why DHS thinks I should be fined over [redacted] million (now increased to over [redacted] million with interest and penalties) for staying in the U.S. when I promptly pursued all available avenues for lawful status after the BIA dismissed my appeal and after USCIS approved a Form I-130 Petition from my U.S. citizen husband on my behalf. Neither the immigration judge nor the BIA gave me any notice that I might be liable for such a fine, and the steps I have been taking to obtain immigration relief show that I have not willfully failed to depart.

17. Receiving the invoice for this fine was extremely stressful and upsetting because I cannot afford to pay it. I cannot work because I no longer have employment authorization, so my six-person family's sole source of income is my husband's salary from the U.S. Army, which is approximately [redacted] per year. Moreover, it is ruining my credit score, which will likely make finding a new apartment for my family more difficult. I am extremely worried about what will happen to me and my family if I am made to pay this exorbitant fine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in [redacted] on this 5 day of June 2026.

[redacted]

A.T.