# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**LEAVE TO FILE GRANTED SEPT. 30, 2026** |

**DECLARATION OF M.R.V. IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

I, M.R.V., hereby declare under penalty of perjury the following is true and accurate to the best of my knowledge:

1. My initials are M.R.V., and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2. I am submitting this declaration using my initials, rather than my full name, because I fear that disclosing my information in support of this case may subject me to retaliation from immigration authorities and/or the general public.

3. In [redacted], I escaped domestic violence by my former partner and fled to the United States.

4. In [redacted], a removal order was entered against me.

5. Since that time, I have remained present in the country to pursue lawful status. Specifically, my son filed a petition for T Nonimmigrant Status, known as a "T Visa," as a survivor of human trafficking. I am a derivative beneficiary in his petition. I understand that if that petition

is approved, after a period of time I would be able to adjust to lawful permanent resident status and would receive a green card.

6. On [redacted], I was personally served with a document dated [redacted], indicating that I owed nearly a million dollars to the government. That letter said that I had to pay the full amount right away. When I received this document, I cried knowing that I would never be able to afford this amount.

7. On [redacted], my attorney appealed the fine on my behalf. In the appeal, my attorney noted that I had not willfully failed to depart because I remained in the country to pursue lawful status pursuant to my son's T visa petition.

8. On [redacted], I received a letter from Immigration and Customs Enforcement ("ICE") stating that my appeal was denied. That letter indicated that they were aware of my T visa petition, but that the T visa does not impact the fine I was assessed. Specifically, the letter stated: "Although there appears to be an application pending with USCIS . . . to obtain derivative nonimmigrant status, the determination of that application does not impact [] civil liability for not complying with the requirements of section 274D of the INA." A redacted version of that letter is attached hereto as an exhibit.

9. The letter also warned me that if I did not "enter a payment plan or pay the invoice in a lump sum," they would continue trying to collect the money.

10. Just a few weeks later, on [redacted], the federal government filed a lawsuit against me in federal court. In that case, the government is trying to obtain a judgment for the full amount, plus interest.

11. That lawsuit is still pending.

12. The fine assessed by the government has caused me severe stress and anxiety. Many nights I am unable to sleep because I constantly worry about this debt and the fact that I will never be able to pay such a large amount of money. I do not understand why the government is suing me to collect this fine. I worry about my future and my ability to achieve basic goals, such as owning a home someday, because this debt makes that seem impossible. I am also afraid that the

government could take my car, which is the only property I have, even though I am still making payments on it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration has been prepared based on my best recollection of the facts and to the best of my knowledge and understanding, that it has been read to me in Spanish, that I have reviewed it in its entirety, and that it is true and correct.

Yo declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que la declaración que antecede ha sido preparada en base a mi mejor recuerdo de los hechos y a mi mejor saber y entender, que me ha sido leída en español, que la he revisado en su totalidad, y que es correcta y verdadera.

[redacted]

MRV

June 2, 2026
Date

**CERTIFICATION OF TRANSLATION**

I, [redacted], hereby declare that I am competent to translate between the Spanish and English languages. On June 2, 2026, I read and translated aloud the foregoing Declaration into the Spanish language to the above named individual, and believe that she understands the contents thereof.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2026

[redacted]

[redacted]

*Office of the Chief Financial Officer*
**U.S. Department of Homeland Security**
[redacted]

U.S. Immigration and Customs Enforcement

January 5, 2026

[redacted]

Re: Dispute of Invoice No. [redacted]
Case No. [redacted]

Dear [redacted]

Thank you for contacting our office regarding [redacted] dispute of Invoice No. [redacted] and the associated fine. The invoice is for a civil fine in the amount of [redacted] for willfully failing to depart the United States in violation of an Order of Removal entered on July 1, 2019, and finalized on [redacted] when [redacted] appeal of that order was dismissed by the Board of Immigration Appeals.

We have contacted the U.S. Immigration and Customs Enforcement office that worked on [redacted] case and provided them the letter you sent to us. They found [redacted]'s dispute to be without merit. In the dispute, you state on [redacted] behalf, that the "imposition of civil penalties under INA § 274D is authorized only when an alien subject to a final order of removal "willfully" fails or refuses to depart the United States pursuant to the order." You contend that [redacted] failure to depart was not willful because [redacted] qualifies for certain immigration benefits and once those certain immigration benefits are approved, [redacted] will be authorized to remain in the United States. Although there appears to be an application pending with USCIS as of [redacted] submitted for [redacted] to obtain derivative nonimmigrant status, the determination of that application does not impact [redacted] civil liability for not complying with the requirements of section 274D of the INA by willfully failing to depart the United States in violation of a Final Order of Removal.

As such, the fine is valid, and we must reject [redacted] dispute. Collection activity will now resume on the invoice. If you would like to explore the possibility of a payment plan for the debt on [redacted] behalf, please contact Central Receivables Service at [redacted] as noted on the invoice. If [redacted] does not wish to enter into a payment plan or pay the invoice in a lump sum, Centralized Receivables Service will continue collection activity on the debt, and as necessary, will refer any unpaid debt to cross-servicing, as stated in the demand letter.

Sincerely,

[redacted]