# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**LEAVE TO FILE GRANTED SEPT. 30, 2026** |

**DECLARATION OF A.S. IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

I, A.S., hereby declare under penalty of perjury the following is true and accurate to the best of my knowledge:

1. My name is A.S. and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2. I am submitting this declaration using my initials as I fear retaliation from Defendants DHS and ICE. I am an easy target because I do not have many tools to fight. I have a small company I started nearly 20 years ago, but I recently had two heart surgeries and a heart attack, and my health condition makes it almost impossible for me to walk. In [redacted] I was the victim of a crime. After helping the police make an arrest and obtaining a restraining order, I received a law enforcement certification that qualified me to apply for a U-visa through USCIS in [redacted]. As my application is still pending, I do not feel safe making my name public. I also fear that if my name were revealed, members of the public might harass me.

**I received a civil fine for $1,8[redacted]**

3. In or around [redacted] I received a fine under INA § 274D(a), 8 U.S.C. § 1324d, stating that I owed the U.S. Government $1,8[redacted].

4. When I first received the notice of violation letter I thought it was a scam and wondered how I could possibly pay all this money. The letter says DHS can erase the fine if I self-deport, but I have nowhere to go. The United States has been my home for nearly [redacted] decades. My children were born and raised here, and I have always paid taxes, and bought and sold property using my original Social Security Number, so if I owed money to the government they could have informed me decades ago.

**I left the United States to comply with my voluntary departure order in [redacted]**

5. On [redacted], an immigration judge gave my husband and me a voluntary departure order. We were told to leave the country and because I wanted to do everything by the rules, my husband and I immediately sold our business and all our belongings, packed up our children, and began driving to [redacted].

6. When we checked in at the ICE office in [redacted] on our way to [redacted], the officer told us we could stay in the U.S. for another year if we wanted to. We told him we did not want to appeal as we had nothing left and no home to go back to. We had already done the hard work to follow through with the voluntary departure order we received from the immigration judge, so we continued with our plan to leave.

7. We left the United States on or around [redacted]. We tried in good faith to establish ourselves in [redacted] and bought a house to live in once we arrived. We enrolled our children in a local school in [redacted], but they were severely bullied by other students because they did not speak Spanish properly, and I remember constantly trying to keep the other parents from stealing their supplies. We had no support system in [redacted], and no employment or education to help us find our footing. I was brought to the U.S. when I was only around [redacted] years old; in [redacted], it felt like we were strangers to the country. After several months it became clear there was no way we could survive there, and eventually for the sake of our U.S.-born children, we were forced to return to their country of birth. I entered the United States again in or

around [redacted]. Except for entering without permission, I have always obeyed the laws of this country.

8. Unfortunately, we later learned that on [redacted], our former immigration attorney filed an appeal to the BIA in our case without our knowledge, consent, or signature. On [redacted], that appeal was denied. As we no longer lived at our former address when we returned, we did not receive this news until years later. I was also told that our former lawyer was disbarred for malpractice around that same time.

**I do not deserve these fines because I complied with my voluntary departure order and did not consent to the BIA appeal in my case**

9. It was difficult to find a new attorney to help us with the fines so quickly, but we were able to submit a timely appeal of the DHS notice on [redacted]. My new attorney explained to DHS that I left the U.S. within 30 days of receiving the [redacted] voluntary departure order and we provided evidence of our life and physical presence in [redacted] following our departure, and as well the disbarment of the attorney who filed the BIA appeal without our knowledge and consent.

10. DHS dismissed the appeal and upheld the fine on [redacted].

11. Soon after, I received another invoice for the fines from Customs and Border Protection dated [redacted], the day after our appeal was denied. My attorney again submitted a dispute, and CBP responded to acknowledge receipt and indicated they will not collect while a decision is pending. We have not yet received a decision.

**I am trying to be like a ghost so nobody sees me**

12. Since receiving the letter, I have felt my whole world fall apart. The fine says I owe nearly two million dollars to stay in this country, but I have no way to pay it and nowhere else to go. After having two heart surgeries and a heart attack just last year, I am doing my best to survive with a pacemaker machine in my home. My children are now grown, but they still deal with trauma of being forced to leave their dogs and home only to be bullied in a foreign country. We do not

deserve this when we complied with the judge's order to leave and had every intention to stay in [redacted] when we did so.

13. I live in panic due to this fine. I used to run marathons, but now I can barely walk and the fines have made me afraid to live. It is scary to be at home knowing the government can break down my door at any moment, but I am also scared to go out in public, so I try to keep to myself. I limit my socializing because I am afraid someone will point the finger at me. I do not feel safe going to the grocery store anymore so I order food delivery and keep a security camera outside my door. I must work to survive, but I have taken the business sign off of my car so I won't be targeted. I am trying to be like a ghost so nobody sees me.

14. At the same time, I am doing my part to stay in this country. I was the victim of a crime and have applied for a U visa. If that is granted, I understand I would be able to become a lawful permanent resident.

15. I am a good person. I pay my taxes, and I never have late payments on my bills. I respect the laws and my credit score is almost perfect. I love the United States, and I have contributed to my community. I am not sure what else I can do. I am afraid the government will take everything I own and, if I were to leave the country or be deported, I would no longer be able to receive the health care that I need.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in [redacted] on the 11th day of June, 2026.

[redacted]

A.S.