# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**LEAVE TO FILE GRANTED SEPT. 30, 2026** |

**DECLARATION OF P.D. IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

I, P.D., hereby declare under penalty of perjury the following is true and accurate to the best of my knowledge:

1. My name is P.D. and I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, currently pending before the Court.

2. I am using my initials, rather my name, because I am fearful of what would happen if the Department of Homeland Security ("DHS") learned of my identity. I have been pursuing a U visa as a victim of a crime, and I worry that DHS might retaliate against me if they learn I provided a declaration in this case.

3. I received a fine of over one million dollars from DHS because they have alleged that I willfully failed to depart following an order of removal. However, I reported with DHS under an order of supervision and am currently pursuing immigration relief that would allow me to remain in the country. There is no reason to conclude that my presence in the country constitutes a violation of 8 U.S.C. § 1324d, but DHS assessed this fine anyway.

4. In [redacted] an immigration judge denied my applications for asylum, withholding of removal, and cancellation of removal, and entered a voluntary departure order. That order advised me that if I did not depart within the sixty days provided in the voluntary departure order, I could face a civil penalty of "$1,000 to $5,000." It did not warn me that the civil penalty could be any higher.

5. I timely appealed that decision to the Board of Immigration Appeals ("BIA"), which dismissed my appeal and granted me 60 days to voluntarily depart.

6. Less than a month after BIA dismissed my appeal, I submitted an application for a U visa because I was the victim of a crime in the United States. That petition is currently pending.

7. Since my BIA appeal was dismissed, I reported to local Immigration and Customs Enforcement ("ICE") authorities through my lawyer. I reported twice in [redacted], and again in [redacted] and [redacted]

8. DHS issued a fine against me for over one million dollars for allegedly failing to depart under 8 U.S.C. § 1324d. I understand that since I was issued a grant of voluntary departure, any fine should have been under 8 U.S.C. § 1229c, regarding voluntary departure, not § 1324d, regarding removal orders.

9. I appealed that decision with the help of my lawyer. My lawyer argued that the fine was unlawful because I was reporting to ICE, I have a work permit that does not expire until [redacted], and was pursuing lawful status. It was also unlawful because my voluntary departure order warned only that I could be fined up to $5,000.

10. Just a week later, DHS issued a decision denying my appeal and affirming the fine in the full amount. The decision was issued on what appeared to be a standardized form with a box checked stating that I "willfully failed or refused to depart from the United States." It does not appear that they considered any of the arguments raised in my appeal.

11. The day that I got the letter about the fine my wife and I were terrified. We thought that I would be taken away any minute because it is so much money and I can never pay that. I could not sleep or eat or concentrate at work. My wife just cried and cried. My oldest child, who

is ten years old is the one who had to translate the letter for us, and she cried and stopped going to school for a week and did not want to eat. She only cried. We have been here over 20 years. We work hard to make a good life for our children. I work in oil fields and my wife cares for our two young U.S, citizen children. We have saved and worked hard and are trying to buy a home. My house payments are [redacted] a month. My wife has heart problems and has been hospitalized and I have to pay for all her medical bills. I was making almost [redacted] a month but lost that job a year ago. Now I earn [redacted] a month. Every dollar I make we spend to support our home and our family. We do not buy items other than food. We do not go out except to church. I do not have money in savings. I could never afford to pay this fine. I am so worried I will lose my house and everything I have worked for all these years. I worry about my children and their future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in [redacted] on the 9th day of June, 2026.

[redacted]

P.D. [redacted]

## CERTIFICATION OF TRANSLATION

I, [redacted] hereby declare that I am competent to translate between the Spanish and English languages. On June 9, 2026, I read and translated aloud the foregoing Declaration into the Spanish language to the above named individual, and believe that she understands the contents thereof.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026

[redacted]