# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**LEAVE TO FILE GRANTED SEPT. 30, 2026** |

**DECLARATION OF CHARLES MOORE IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION**

I, Charles Moore, hereby declare the following under penalty of perjury, to the best of my knowledge:

1. I am a member of the bar of this Court. I am an attorney for Plaintiffs in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Motion to Stay Agency Action, ECF No. 19, to provide information regarding Defendants' attempts to collect civil penalties assessed against Plaintiffs Maria L. and Nancy M.

3. I have reviewed debt collection notices that Plaintiff Nancy M. has received from different private debt collectors, seeking payment of the civil penalties at issue in this litigation. Nancy M. received notices from private debt collectors in or about [redacted], [redacted], and [redacted].

4. I understand that Maria L. has been receiving calls from a private debt collector attempting to collect.

5. The notices I have reviewed increase the amount purportedly owed. For example, although the fine assessed to Nancy M. was originally roughly $1.8 million, ECF No. 1 ¶ 138, the notices she received from private debt collectors state that the amount owed currently exceeds $2.4 million, with penalties, administrative costs, and interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on the 15th day of June, 2026.

*/s Charles Moore*
Charles Moore