UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13471-GAO

MARIA L. and NANCY M.,
on behalf of themselves and all others similarly situated,
and IMMIGRANT LEGAL RESOURCE CENTER,
Plaintiffs,

v.

MARKWAY MULLIN, in his official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; SIRCE OWEN, in his official capacity as Acting Director of the Executive Office of Immigration Review; and EXECUTIVE OFFICE OF IMMIGRATION REVIEW,
Defendants.

ORDER
September 30, 2026

O'TOOLE, D.J.

THIS MATTER comes before the Court on Plaintiffs' Motion to Stay Agency Action (the "Motion"). Having reviewed the papers filed in support of the Motion, and in consideration of all pleadings and proceedings herein, the Court finds Plaintiffs are entitled to a stay "to preserve status or rights pending conclusion of the review proceedings." 5 U.S.C. § 705. In accordance with the Court's Opinion and Order dated September 30, 2026, granting the Motion, the Interim Final Rule, entitled "Imposition and Collection of Civil Penalties for Certain Immigration-Related

Violations," 90 Fed. Reg. 27439 (June 27, 2025), and all fines issued thereunder, are hereby STAYED pending further Order of this Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge