UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THE COMPLAINT**

THIS MATTER comes before the Court on Plaintiffs' Emergency Motion for Leave to Amend and Supplement the Complaint (the "Motion"). Having reviewed the papers filed in support of the Motion, and in consideration of all pleadings and proceedings herein, the Court finds good cause to grant the relief requested.

IT IS on this ___ day of __________, 2026, ORDERED that:

1. The Motion is GRANTED; and
2. Plaintiffs are permitted to file a First Amended and Supplemental Complaint.

______________________________
The Honorable George A. O'Toole
United States District Court Judge