UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA L., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-13471-GAO<br><br>Hon. George A. O'Toole<br><br>**EMERGENCY DISPOSITION REQUESTED** |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF THE FINAL RULE AND RATIFICATION OF CIVIL PENALTIES AND TO ENFORCE THE COURT'S STAY ORDER**

Plaintiffs respectfully move the Court for a temporary restraining order temporarily staying the final rule published as *Imposition and Collection of Civil Penalties for Certain Immigration-Related Violations*, 91 Fed. Reg. 65390 (Oct. 14, 2026) (the "Final Rule")[1] and the notification published as *Ratification of Civil Penalties*, 91 Fed. Reg. 67325 (Oct. 26, 2026) (the "Ratification Notice")[2] for fourteen days pursuant to Fed. R. Civ. P. 65(b) and, after a hearing on this motion, to stay or enjoin the Final Rule and Ratification Notice during the pendency of this action. Four days after the Court stayed the Interim Final Rule, *Imposition of Civil Penalties for Certain Immigration-Related Violations*, 90 Fed. Reg. 27439 (June 27, 2025) (the "IFR"), ECF No. 114, and found that Plaintiffs were likely to succeed on their claim that the IFR is contrary to law, ECF No. 113 at 10–13, 20, Defendants adopted a Final Rule with the exact same defects. Then, although

[1] *Available at* https://public-inspection.federalregister.gov/2026-21024.pdf.
[2] *Available at* https://www.govinfo.gov/content/pkg/FR-2026-10-26/pdf/2026-21751.pdf.

the Court has stayed the IFR and all fines issued thereunder, Defendants purported to "ratify" these same fines. A stay of the Final Rule and Ratification Notice would maintain the status quo and prevent Plaintiffs from suffering irreparable harm. Separately, the Court should also enjoin the Ratification Notice because it violates the Court's Stay Order, ECF 114. In support of this motion, Plaintiffs submit the Declaration of Oscar N., Declaration of Angelica Salas, Exhibits, and a Memorandum of Law.

On November 6, 2026, Plaintiffs' counsel gave Defendants notice of the temporary restraining order application via electronic filing, and Defendants' counsel was served via electronic filing.

Dated: November 6, 2026

Respectfully submitted,

*/s Evan Henley*
Hasan Shafiqullah*
Evan Henley (BBO No. 688663)
The Legal Aid Society
49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
HHShafiqullah@legal-aid.org
EWHenley@legal-aid.org

David Bennion*
Free Migration Project
426 E. Allegheny Ave, Unit 306
Philadelphia, PA 19134
(646) 441-0741
david.bennion@freemigrate.org

Ranganath T. Sudarshan*
Stephen Rees*
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
srees@cov.com

Charles Moore (BBO No. 708061)
Shelby Leighton*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5226
cmoore@publicjustice.net
sleighton@publicjustice.net

Alina Das*
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu

Leila Nasrolahi*
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Addison Thompson*
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Plaintiffs*

Joy Chen (BBO No. 714192)
Covington & Burling LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8800
jchen@cov.com

* admitted pro hac vice

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

On October 13, 2026, counsel for Plaintiffs, Charles Moore, conferred with counsel for Defendants via email regarding the relief requested with respect to the Final Rule. Defendants declined to stay implementation of the Final Rule. On October 29, 2026, undersigned counsel conferred with counsel for Defendants regarding the relief requested with respect to the Ratification Notice. On November 2, 2026, Defendants declined to stay or rescind the Ratification Notice.

*/s/ Evan Henley*
Evan Henley

**CERTIFICATE OF SERVICE**

I certify that, on November 6, 2026, I caused the foregoing document to be served via email on all counsel of record through the CM/ECF system.

*/s/ Evan Henley*
Evan Henley