**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSSETTS**

| | |
|---|---|
| MARIA L., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-13471-GAO |

**DEFENDANTS' NOTICE REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

On October 14, 2026, Defendants published a Final Rule regarding *Imposition and Collection of Civil Penalties for Certain Immigration-Related Violations*, 91 Fed. Reg. 65,390 (the "Final Rule"). Today—23 days later—Plaintiffs filed a Motion for Temporary Restraining Order seeking to enjoin it. ECF 122.[1] Defendants have reached out to confer with Plaintiffs regarding a mutually agreeable briefing schedule on Plaintiffs' TRO Motion. Defendants respectfully request that the Court abstain from setting a briefing schedule on Plaintiffs' Motion until the meet-and-confer process is exhausted and any Party-initiated request to set a briefing schedule is adjudicated—particularly given that the parties were able to reach agreement on the briefing schedule for an earlier Motion to Stay the Interim Final Rule. ECF 27. One or both parties will alert the court upon the conclusion of discussions.

[1] The operative complaint does not challenge the Final Rule. Plaintiffs have sought leave to amend to challenge the Final Rule, but leave has not yet been granted. Defendants do not concede that there is jurisdiction to resolve Plaintiffs' Motion for Temporary Restraining Order at this time.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MARIANNE F. KIES
KRISTINA WOLFE
Assistant Branch Directors
Federal Programs Branch

*/s/Lindsey E. Gilman*
Lindsey E. Gilman
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3123
Email: Lindsey.E.Gilman@usdoj.gov