**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSSETTS**

MARIA L., *et al.*,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*,

*Defendants.*

No. 1:25-cv-13471-GAO

**DEFENDANTS' MOTION FOR LEAVE TO REPLY IN SUPPORT OF REQUEST FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF 122)**

Pursuant to Local Rule 7.1(b)(3), Defendants seek leave to file a brief reply in support of their Request for Briefing Schedule on Plaintiffs' Motion for a Temporary Restraining Order. *See* ECF 127. Good cause exists in support of this request given the emergent nature of the pending dispute and to clarify both the record referred to in Plaintiffs' Opposition to Defendants' Request and the factual reasons why the time Defendants seek is necessary and appropriate. Plaintiffs' Opposition also changes their prior representation to Defendants regarding the briefing schedule to which they would agree.

Pursuant to Local Rule 7.1(a)(2), Counsel for Defendants conferred with counsel for Plaintiffs regarding the instant request. Counsel for Plaintiffs stated that Plaintiffs take no position.

Accordingly, Defendants respectfully request that Court grant Defendants leave to file a reply in support of their Request for Briefing Schedule on Plaintiffs' Motion for a Temporary Restraining Order before resolving that Request. Defendants are prepared to file their Reply immediately upon receiving leave.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MARIANNE F. KIES
KRISTINA WOLFE
Assistant Branch Directors
Federal Programs Branch

*/s/Lindsey E. Gilman*

Lindsey E. Gilman
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3123
Email: Lindsey.E.Gilman@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Lindsey E. Gilman, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Lindsey E. Gilman*

Dated: November 6, 2026 Trial Attorney