UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13471-GAO

MARIA L. and NANCY M.,
on behalf of themselves and all others similarly situated,
and IMMIGRANT LEGAL RESOURCE CENTER,
Plaintiffs,

v.

MARKWAY MULLIN, in his official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; SIRCE OWEN, in his official capacity as Acting Director of the Executive Office of Immigration Review; and EXECUTIVE OFFICE OF IMMIGRATION REVIEW,
Defendants.

ORDER
November 10, 2026

This Order resolves several of the pending motions:

1. The plaintiffs' Motion for Class Certification (dkt. no. 21) is DENIED without prejudice at this time. The Court has entered an order staying the Interim Final Rule and all fines issued thereunder. The motion for class certification, filed within weeks of the initiation of the action and prior to any responsive pleading, is otherwise premature.
2. Attorney Blumeyer-Martinez's Motion to Withdraw as counsel (dkt. no. 117) is GRANTED.
3. The plaintiffs' Emergency Motion for Leave to Amend and Supplement the Complaint (dk. no. 120), on which the defendants take no position, is GRANTED.

4. The plaintiffs' Motion for Leave for Plaintiff Oscar N. and Non-Parties M.G. and G.G. to Proceed under Pseudonym, and to Extend the Protective Order to Their Personally Identifiable Information, and to File Oscar N.'s Personally Identifiable Information Under Seal and Ex Parte (dkt. no. 124) is GRANTED.
5. The defendants' Request for a Briefing Schedule on Plaintiffs' Motion for a Temporary Restraining Order (dkt. no. 127) is GRANTED in part. The defendants' response to the plaintiffs' Motion for a Temporary Restraining Order is due November 16, 2026. Any reply is limited to 10 pages and is due November 23, 2026. The defendants' Motion for Leave to File a Reply (dkt. no. 129) is therefore MOOT.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge