AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Maria L. et al
*Plaintiff*
v.
Noem et al
*Defendant*

Case No. 1:25-cv-13471-GAO

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Maria L., Nancy M., Immigrant Legal Resource Center, Oscar N., and Coalition for Humane Immigrant Rights .

Date: 11/18/2026

/s/ Alina Das
*Attorney's signature*

Alina Das
*Printed name and bar number*

Washington Square Legal Services, Inc.
NYU Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, NY 10012
*Address*

alina.das@nyu.edu
*E-mail address*

(212) 998-6430
*Telephone number*

(212) 995-4031
*FAX number*

CERTIFICATE OF SERVICE

I certify that, on November 18, 2026, I caused the foregoing document to be filed via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

Dated: November 18, 2026

/s/ Alina Das

Alina Das